UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NEW MEXICO CATTLE GROWERS' ASSOCIATION, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:21-cv-3263-EGS ) |
| UNITED STATES FISH AND WILDLIFE SERVICE, *et al.*, | ) ) ) ) |
| Federal Defendants. | ) ) |

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR SCHEDULING ORDER**

The Court hereby **GRANTS** the Joint Motion for Scheduling Order. Accordingly, the

Court **GRANTS** Federal Defendants' unopposed request to extend the certified index deadline

until June 16, 2022, and **ORDERS** the parties to comply with the following case management

schedule:

| | |
|---|---|
| **June 16, 2022** | Federal Defendants file the certified index of the administrative record and serve the administrative record on Plaintiff. |
| **July 18, 2022** | Plaintiff completes record review and informs Defendants of any issues regarding the administrative record, which the parties will attempt to resolve without involving the Court. |
| **August 17, 2022** | Federal Defendants file any amendments to the administrative record agreed to by the parties **OR** Plaintiff files any motion to supplement and/or complete the administrative record, if necessary. The filing of any motion to complete and/or supplement the administrative record will vacate the merits briefing schedule set forth below. Within 14 days of the resolution of any such motion, the parties will propose a new merits briefing schedule.<br>• **September 7, 2022**: Federal Defendants file their response to any motion to supplement and/or complete the administrative record.<br>• **September 21, 2022**: Plaintiff files its reply to any motion to supplement and/or complete the administrative record. |
| **September 28, 2022** | Plaintiff files opening summary judgment motion. |
| **November 9, 2022** | Federal Defendants file combined cross-motion for summary judgment and opposition to Plaintiff's motion for summary judgment. |

| | |
|---|---|
| **December 14, 2022** | Plaintiff files combined opposition to Defendants' cross-motion for summary judgment and reply in support of Plaintiff's motion for summary judgment. |
| **January 18, 2023** | Federal Defendants file final reply in support of their cross-motion for summary judgment. |
| **February 1, 2023** | Plaintiff files appendix in accordance with Local Rule 7(n)(2). |

It is so **ORDERED**.

ENTERED: _____, 2022.

_____
THE HONORABLE EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE