UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW MEXICO CATTLE GROWERS' ASSOCIATION,<br><br>                                  Plaintiff,<br><br>    v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE, et al.,<br><br>                          Federal Defendants,<br><br>CENTER FOR BIOLOGICAL DIVERSITY; MARICOPA AUDUBON SOCIETY,<br><br>                     Proposed Defendant-Intervenors. | Civil Action No. 1:21-cv-3263-EGS |

**[PROPOSED] ORDER GRANTING JOINT MOTION<br>TO MODIFY SCHEDULING ORDER**

For good cause shown, the Court hereby **GRANTS** the Parties' Joint Motion To Modify Scheduling Order. The previous scheduling order entered on March 25, 2022, is hereby amended and the Court **ORDERS** the parties to comply with the following amended case management schedule:

| | |
|---|---|
| **June 16, 2022** | Federal Defendants file the certified index of the administrative record and serve the administrative record on Plaintiff and Defendant-Intervenors. |
| **July 18, 2022** | Plaintiff and Defendant-Intervenors complete record review and inform Federal Defendants of any issues regarding the administrative record, which the parties will attempt to resolve without involving the Court. |

1

| | |
|---|---|
| **August 17, 2022** | Federal Defendants file any amendments to the administrative record agreed to by the parties **OR** Plaintiff and/or Defendant-Intervenors file any motion to supplement and/or complete the administrative record, if necessary. The filing of any motion to complete and/or supplement the administrative record will vacate the merits briefing schedule set forth below. Within 14 days of the resolution of any such motion, the parties will propose a new merits briefing schedule.<br>• **September 7, 2022**: Federal Defendants file their response to any motion to supplement and/or complete the administrative record.<br>• **September 21, 2022**: Plaintiff and/or Defendant-Intervenors file their replies to any motion to supplement and/or complete the administrative record. |
| **September 28, 2022** | Plaintiff files opening summary judgment motion [memorandum of points and authorities not to exceed 45 pages per Civil Local Rule 7(e)]. |
| **November 9, 2022** | Federal Defendants file combined cross-motion for summary judgment and opposition to Plaintiff's motion for summary judgment [memorandum of points and authorities not to exceed 45 pages per Civil Local Rule 7(e)]. |
| **November 16, 2022** | Defendant-Intervenors file combined cross-motion for summary judgment and opposition to Plaintiff's motion for summary judgment [memorandum of points and authorities not to exceed 45 pages per Civil Local Rule 7(e)]. |
| **December 21, 2022** | Plaintiff files combined opposition to Federal Defendants' and Defendant-Intervenors' cross-motions for summary judgment and reply in support of Plaintiff's motion for summary judgment [combined memorandum not to exceed 35 pages]. |
| **January 25, 2023** | Federal Defendants file final reply in support of their cross-motion for summary judgment [memorandum not to exceed 25 pages per Civil Local Rule 7(e)]. |
| **February 1, 2023** | Defendant-Intervenors file final reply in support of their cross-motion for summary judgment [memorandum not to exceed 25 pages per Civil Local Rule 7(e)]. |
| **February 8, 2023** | Plaintiff files appendix in accordance with Local Rule 7(n)(2). |

It is so **ORDERED**.

ENTERED: _____, 2022.

_____
THE HONORABLE EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE