UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW MEXICO CATTLE GROWERS' ASSOCIATION,<br><br>            Plaintiff,<br><br> v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE, et al.,<br><br>           Federal Defendants,<br><br>CENTER FOR BIOLOGICAL DIVERSITY; MARICOPA AUDUBON SOCIETY,<br><br>         Defendant-Intervenors. | Civil Action No. 1:21-cv-3263-EGS |

**PLAINTIFF'S MOTION TO COMPEL COMPLETION**
**OF THE ADMINISTRATIVE RECORD**

Pursuant to Federal Rule of Civil Procedure 7(b), LCvR 7, and this Court's May 6, 2022, Minute Order, Plaintiff New Mexico Cattle Growers' Association (Cattle Growers) respectfully moves this Court to compel completion of the administrative record, with two documents. The documents are (1) Email from Gjon Hazard, Fish & Wildlife Biologist, U.S. Fish & Wildlife Serv., to Angela Picco, et al. (May 9, 2017, 5:04 PM) (the "Hazard Email"), attached as Exhibit D to the Declaration of Damien M. Schiff (Schiff Decl.); and (2) Email from Greg Beatty, Fish & Wildlife Biologist, U.S. Fish & Wildlife Serv., to Gjon Hazard, et al. (May 15, 2017, 11:15 AM) (the "Beatty Email"), attached as Exhibit E to Schiff Decl. (together, the "Emails").

The Emails are properly part of the administrative record and should be included and reviewed by the Court, in this case.

1

This motion is based on this motion to compel completion of the administrative record; the accompanying statement of points and authorities; the accompanying appendix; the declaration of Damien M. Schiff and the documents attached thereto as Exhibits A–F; the documents previously filed in this action; and any other material the Court may consider in the briefing of this matter.

Pursuant to LCvR 7(m), Counsel for Cattle Growers has contacted counsel for the Federal Defendants, and counsel for Defendant-Intervenors, to solicit the parties' positions on this motion. The Federal Defendants oppose this motion. The Defendant-Intervenors take no position.

DATED:  August 17, 2022.

Respectfully submitted,

PAIGE E. GILLIARD, Cal. Bar No. 330051
*Of Counsel*
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 610
Arlington, VA 22201
PGilliard@pacificlegal.org
Telephone: (202) 888-6881
Facsimile: (916) 419-7747

/s/Damien M. Schiff
DAMIEN M. SCHIFF, D.D.C. No. CA00045
Email: dschiff@pacificlegal.org
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

/s/Charles T. Yates
CHARLES T. YATES, Cal. Bar No. 327704
*Pro hac vice*
Email: cyates@pacificlegal.org
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

*Attorneys for Plaintiff New Mexico Cattle Growers' Association*

CERTIFICATE OF SERVICE

    I certify that I electronically filed and served the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia using the CM/ECF system.

*/s/* Damien M. Schiff
DAMIEN M. SCHIFF, D.D.C. No. CA00045
Email: dschiff@pacificlegal.org
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

*Counsel for Plaintiff*
