# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW MEXICO CATTLE GROWERS' ASSOCIATION, | |
| Plaintiff, | No. 1:21-cv-3263-EGS |
| v. | |
| UNITED STATES FISH AND WILDLIFE SERVICE, et al., | |
| Federal Defendants, | |
| CENTER FOR BIOLOGICAL DIVERSITY, MARICOPA AUDUBON SOCIETY. | |
| Defendant-Intervenors. | |

## PLAINTIFF'S MOTION TO COMPEL
## COMPLETION OF THE ADMINISTRATIVE RECORD

## APPENDIX: RELEVANT SECTIONS OF [PROPOSED] ADMINISTRATIVE RECORD

## Index

FWS000384–FWS000385: Emails between Dr. Robert Zink, Professor, School of Natural Resources and School of Biological Sciences, University of Nebraska, and Brady McGee, Fish & Wildlife Biologist, U.S. Fish & Wildlife Serv. (July 1, 2016, and January 5, 2017)

FWS000791: Excerpt, Notice of 12-month petition finding and 5-year review, dated Aug. 17, 2017, FWS000785–876

FWS020345–FWS020356: Zink, Robert M., *Genetics, morphology, and ecological niche modeling do not support the subspecies status of the endangered Southwestern Willow Flycatcher (Empidonax traillii extimus)*, 117 The Condor 76 (2015) [Zink (2015)]

FWS020357–FWS020366: Zink, Robert M., *Current Topics in Avian Conservation Genetics With Special Reference to the Southwestern Willow Flycatcher*, 9 The Open Ornithology J. 60 (2016) [Zink (2016/2017)]

| | |
|---|---|
| **From:** | Robert Zink |
| **To:** | McGee, Brady |
| **Cc:** | Susan Jacobsen; Sarah Rinkevich; Steve Spangle; Greg Beatty |
| **Subject:** | Re: SWWF |
| **Date:** | Thursday, January 5, 2017 4:04:08 PM |
| **Attachments:** | zink swwf open ornith.pdf |

Hi: published version attached.

Bob

Robert M. Zink

Professor, School of Natural Resources and School of Biological Sciences; Curator, Nebraska State Museum

Author: *The Three-Minute Outdoorsman*

*612 590 4215*

*"I have said that the man of science is the sworn interpreter of nature in the high court of reason. But of what avail is his honest speech, if ignorance is the assessor of the judge, and prejudice the foreman of the jury?" T. H. Huxley, 1860*

*"The towels were so thick there I could hardly close my suitcase." Yogi Berra*

**From:** Robert Zink
**Sent:** Monday, November 7, 2016 3:28:25 PM
**To:** McGee, Brady
**Cc:** Susan Jacobsen; Sarah Rinkevich; Steve Spangle; Greg Beatty
**Subject:** Re: SWWF

Hello: early I sent you a draft of my response to the critique of my SWWF paper.  This paper is now in press in the Open Ornithology Journal.  A copy is attached, which might not be final pending any last minute editorial changes, and it cannot be circulated beyond your staff or cited, until I clarify with the journal.

Thanks

Bob Zink

**From:** McGee, Brady <brady_mcgee@fws.gov>
**Sent:** Friday, July 1, 2016 11:40:36 AM
**To:** Robert Zink
**Cc:** Susan Jacobsen; Sarah Rinkevich; Steve Spangle; Greg Beatty
**Subject:** Re: SWWF

Hi Dr. Zink,

Thank you for sending me your response.  This is very helpful information.

Thanks,

Brady

--------------------------------
Brady McGee, Ph.D.
Branch Chief, Recovery and Restoration
U.S. Fish and Wildlife Service
Southwest Regional Office
500 Gold Avenue SW, Rm 6042
Albuquerque, NM 87102
505-248-6657; cell 505-908-8491

On Fri, Jul 1, 2016 at 10:27 AM, Robert Zink <rzink2@unl.edu> wrote:

Dear Dr McGee: attached is my response to the Thiemer et al. 2016 paper in The Condor that is a critique of my earlier paper (Zink 2015) on the validity of the southwestern willow flycatcher (Empidonax traillii extimus).  The Condor editor has refused to consider my response because of an editorial policy, not because of any scientific issues.  I have appealed this decision to the joint AOU/COS publications committee.

I am sending you this manuscript for internal USFWS use in your decision to delist the SWWF.  Feel free to contact me with any questions.  I will pursue publication of this, if not in Condor then in another journal.  Thanks

Bob Zink

Robert M. Zink
Professor, School of Natural Resources and School of Biological Sciences; Curator, Nebraska State Museum
Author: *The Three-Minute Outdoorsman*
*612 590 4215*
*"I have said that the man of science is the sworn interpreter of nature in the high court of reason. But of what avail is his honest speech, if ignorance is the assessor of the judge, and prejudice the foreman of the jury?" T. H. Huxley, 1860*

*"The towels were so thick there I could hardly close my suitcase." Yogi Berra*

FR 14058) that the petition presented substantial information indicating that delisting may be warranted. We concluded that the petition challenging the southwestern willow flycatcher's subspecies classification and listing as an endangered species presented substantial information indicating the petitioned action may be warranted based upon genetic, morphological, and ecological factors, and necessitated a 12-month status review. We also committed to evaluate all potential threats to the subspecies including the extent to which any protections or other conservation efforts have reduced those threats. With publication of the finding, we initiated a review of the status of the subspecies. We requested further information from the public on the southwestern willow flycatcher.

In response to our information request, we received 24,716 comments including 19 individual letters. Two letters expressed support for the petition and the conclusions reached by Zink (2015). With the exception of those two comments, 17 comment letters opposed delisting of the southwestern willow flycatcher, adding concern for the southwestern willow flycatcher's status and its habitat. A large proportion of the comments (24,698) were associated with a form letter in opposition to the flycatcher's delisting.

No new original southwestern willow flycatcher data was collected, analyzed, and submitted during our request for information; however we did receive a published peer-reviewed commentary on Zink's (2015) analysis (Theimer *et al*. 2016). Theimer *et al*.'s (2016) commentary published in The Condor titled, "Available data support protection of the Southwestern Willow Flycatcher under the Endangered Species Act," provided additional analyses of existing flycatcher information, including Zink's (2015) methods and results.

We received three comments from Zink following the close of the comment period. On July 1, 2016, we received a comment from Zink directly responding to Theimer *et al*. (2016). On November 7, 2016, we received another comment identifying that a response to Theimer *et al*. (2016) was now "in press" at the Open Ornithology Journal, however the attached copy could not be circulated or cited. We received a third electronic message on January 5, 2017, indicating that this information was now available at Open Ornithology. The comment letter and document from Open Ornithology are available on the Internet at *http://www.regulations.gov* at Docket Number FWS–R2–ES–20xx–xxxx.

We reviewed Zink's 2017 letter in Open Ornithology while finalizing this notice and found that no new data were presented in this document. This document continued to reanalyze issues raised in his commentary published in The Condor (Zink 2015), and provided further opinions on topics and methods addressed in Theimer *et al*. (2016). Because there was no new information in this letter, it did not change our evaluation.

During our internal review, we provided Zink (2015), Theimer *et al*. (2016), and various background literature to the Service's Conservation Genetics Laboratory in Washington State for their review, analysis, and opinion. One reviewer at the

FWS000791



Genetics, morphology, and ecological niche modeling do not support the subspecies status of the endangered Southwestern Willow Flycatcher (Empidonax traillii extimus)

Author(s): Robert M. Zink

Source: *The Condor*, Vol. 117, No. 1 (February 2015), pp. 76–86

Published by: American Ornithological Society

Stable URL: https://www.jstor.org/stable/10.2307/90008645

**REFERENCES**
Linked references are available on JSTOR for this article:
https://www.jstor.org/stable/10.2307/90008645?seq=1&cid=pdf-reference#references_tab_contents
You may need to log in to JSTOR to access the linked references.

JSTOR is a not-for-profit service that helps scholars, researchers, and students discover, use, and build upon a wide range of content in a trusted digital archive. We use information technology and tools to increase productivity and facilitate new forms of scholarship. For more information about JSTOR, please contact support@jstor.org.

Your use of the JSTOR archive indicates your acceptance of the Terms & Conditions of Use, available at https://about.jstor.org/terms



*American Ornithological Society* is collaborating with JSTOR to digitize, preserve and extend access to *The Condor*

FWS020345

THE CONDOR
Ornithological Applications

www.cooper.org

Volume 117, 2015, pp. 76–86
DOI: 10.1650/CONDOR-14-27.1

COMMENTARY

# Genetics, morphology, and ecological niche modeling do not support the subspecies status of the endangered Southwestern Willow Flycatcher (*Empidonax traillii extimus*)

**Robert M. Zink**

Bell Museum and Department of Ecology, Evolution and Behavior, University of Minnesota, St. Paul, Minnesota, USA
zinkx003@umn.edu

Submitted February 15, 2014; Accepted November 7, 2014; Published January 21, 2015

## ABSTRACT

The Willow Flycatcher (*Empidonax traillii*) breeds throughout much of the United States, northwestern Mexico, and southeastern and southwestern Canada. A subspecies found in the southwestern United States and northwestern Mexico, *E. t. extimus* (Southwestern Willow Flycatcher), is listed as endangered under the U.S. Endangered Species Act (ESA). This subspecies was described in 1948, based on comparisons of a few external morphological characters from an unstated number of specimens and localities, although it was excluded from the last official list of subspecies by the American Ornithologists' Union. Like most avian subspecies, its validity has not been tested with modern morphological or genetic methods. Recent assessments of the subspecies have assumed it to be a distinct taxon, and some authors have limited their comparisons to *E. t. extimus* versus *E. t. adastus* (the subspecies immediately to the north of *E. t. extimus*), excluding comparison to western (*E. t. brewsteri*) and eastern (*E. t. traillii*) subspecies. To test subspecies limits, I reanalyzed available quantitative data on plumage coloration, and genetic variation in mitochondrial DNA and nuclear loci, and found no support for the distinctiveness of the Southwestern Willow Flycatcher. A test of niche divergence suggested that the Southwestern Willow Flycatcher does not have a significantly different climatic niche from its nearest geographic neighbor, *E. t. adastus*. I suggest that the Willow Flycatchers of the Southwest represent peripheral populations of an otherwise widespread species that do not merit subspecific recognition, and are therefore inappropriately listed as endangered under the ESA.

*Keywords*: Endangered Species Act, mitochondrial DNA, niche modeling, plumage coloration, subspecies, Willow Flycatcher

**La genética, la morfología y el modelado de nicho ecológico no apoyan el estatus de subespecie en peligro de extinción de *Empidonax traillii extimus***

RESUMEN

*Empidonax traillii* se reproduce a través de la mayoría de América del Norte al norte del noroeste de México. Una subespecie hallada en el sudoeste de Estados Unidos y noroeste de México, *E. t. extimus*, está listada como en peligro de extinción bajo la Ley de Especies Amenazadas de Estados Unidos. Esta subespecie fue descripta por primera vez en 1948 en base a un número no especificado de especímenes y localidades. Como la mayoría de las subespecies, su validez no ha sido evaluada usando métodos modernos morfológicos o genéticos. En cambio, los estudios publicados han asumido que la subespecie representa un taxón distintivo. El re-análisis de datos cuantitativos disponibles de la coloración del plumaje y la variación genética en el ADN mitocondrial y el loci nuclear no apoyan el carácter distintivo de *E. t. extimus*. Un examen de divergencia de nicho sugiere que *E. t. extimus* no presenta un nicho climático significativamente diferente de su vecino geográfico más cercano, *E. t. adastus*. Por ende, los individuos de *E. traillii* del sudoeste pertenecen a poblaciones periféricas de una especie ampliamente distribuida que no amerita un reconocimiento sub específico, y por lo tanto se encuentra erróneamente listada como en peligro de extinción bajo la Ley de Especies Amenazadas.

*Palabras clave*: ADN mitocondrial; coloración del plumaje; *Empidonax traillii*; Ley de Especies Amenazadas; modelado de nicho; subespecies

## INTRODUCTION

The U.S. Endangered Species Act (ESA) extends protection to species, subspecies, and the distinct population segment (DPS; vertebrates only). Application of the ESA requires that subspecies and DPSs represent evolutionarily significant populations or groups of populations (Moritz 1994). The reason for this expectation is that nearly all species show geographic variation in at least 1 morphological, ecological, physiological, genetic, or behavioral

© 2015 Cooper Ornithological Society. ISSN 0010-5422, electronic ISSN 1938-5129
Direct all requests to reproduce journal content to the Central Ornithology Publication Office at aoucospubs@gmail.com

This content downloaded from
164.159.60.2 on Mon, 6 Jun 2022 20:20:32 UTC
All use subject to https://about.jstor.org/terms

FWS020346

characteristic, and it is possible to subdivide this variation taxonomically in numerous ways without yielding evolutionarily significant variation. This situation is often suggested to reflect the subspecies category in general (Wilson and Brown 1953); in ornithology, Remsen (2005:407) noted that "Widespread, long-standing dissatisfaction with subspecies-level designations in bird classification derives from the historical fact that most bird subspecies were described in an era when quantitative methods were unavailable to assess their validity as entities." Barrowclough (1982) noted that authors of comprehensive quantitative surveys of geographic variation often avoided trinomials whereas studies involving qualitative assessments of color or a few study-skin measurements from a few specimens that represented a few widespread sites often included subspecies descriptions. These observations led Barrowclough (1982:601) to remark that "This strongly suggests to me that most subspecies are not to be taken too seriously."

Others find intrinsic value in subspecies (Haig and Winker 2010), and attempts have been made to define subspecies more rigorously (Patten 2010). Patten and Unitt (2002:26) suggested that "A subspecies is a collection of populations within a biological species that are diagnosably distinct from other such collections of populations." The question then is what is meant by "diagnosably." Probably all populations differ in some respect from other populations. For example, an individual in one area might have an allele that is found nowhere else, or there might be an individual that is larger and darker-colored than any other individual in the species. Although both of these unique phenotypes might represent the "raw material" from which the population could adapt to a changing environment, few would consider this sufficient evidence to warrant a subspecies designation if the criterion is that they are diagnosably distinct. Barrowclough (1982) suggested that subspecies should be held to the same standard as all taxa, in that a taxonomic name at whatever rank should be predictive of concordant patterns of character variation. The "75% rule" (Amadon 1949) requires that "75% of a population effectively must lie outside 99% of the range of other populations for a given defining character or set of characters" (Patten and Unitt 2002:27). I suggest that subspecies or other taxa protected under the ESA should be nearly (>95%) if not completely diagnosable (Cracraft et al. 1998).

The lack of a consistent definition of subspecies has resulted in currently described subspecies ranging from evolutionarily distinct taxa to arbitrary divisions of geographic clines in single characters. Thus, some subspecies are not appropriate for certain scientific or conservation uses. If the goal of an investigator is to identify geographic patterns of potentially adaptive variation, all subspecies might be a useful starting point. By contrast, if a subspecies is to be used in an analysis that requires historically significant units, such as listing under the ESA, it should be based on, or evaluated with, modern molecular, morphological, and ecological methods.

Here, I reanalyze published genetic (Paxton et al. 2008) and morphological (Paxton et al. 2010) data to test the validity of the endangered Southwestern Willow Flycatcher (*Empidonax traillii extimus*). I also analyze all available mitochondrial DNA (mtDNA) sequences in GenBank that have not been pooled previously. In addition, I used methods in ecological niche modeling (Warren et al. 2008, 2010) to determine whether the Southwestern Willow Flycatcher is ecologically distinct in its climatic niche. The goal was to analyze variation irrespective of a priori subspecies limits to determine whether there were geographic patterns in genetics, plumage coloration, or ecological niche dimensions that were consistent with described subspecies limits or any other heretofore undiscovered geographically significant divisions.

## Review of Taxonomic History and Recent Studies

The Willow Flycatcher has been divided by taxonomists into subspecies, with up to 7 having been recognized at some time in the past (Phillips 1948, Aldrich 1951, Behle 1985). Most (e.g., Unitt 1987) consider the species to include 4 subspecies: *E. t. traillii, E. t. adastus, E. t. brewsteri,* and *E. t. extimus* (Unitt 1987). Review of the original subspecies descriptions (Brewster 1895, Oberholser 1918, 1932, 1947, Phillips 1948, Aldrich 1951) reveals that few specimens were examined from relatively few areas. For example, Oberholser (1918) described *E. t. brewsteri* from a total of 13 male specimens taken from Oregon, California, Arizona, New Mexico, and Colorado, and a total of 10 females from Oregon, California, Arizona, and Utah. It is difficult to quantify the range of biological variation present within and among populations with such sample sizes; although this may not have been a goal of early taxonomists, it nonetheless obscured whether variation was clinal or discrete. The wide-ranging *E. t. adastus* was described by Oberholser (1932) on the basis of specimens from Hart Mountain in the Warner Valley of south-central Oregon; Miller (1941) was unable to distinguish this subspecies from others, whereas Aldrich (1951) and Phillips (1948) believed it to be valid, although there is disagreement over its distribution. In the description (Phillips 1948) of *E. t. extimus*, no sample sizes were given and no statistical tests performed. Although *E. t. extimus* was described in 1948, it was excluded from the most recent American Ornithologists' Union (AOU) Checklist that included subspecies (AOU 1957). However, taxonomic assessments of *E. traillii* have included *E. t. extimus* after its original description, and it is listed as an endangered subspecies under the ESA (U.S. Fish and Wildlife Service 1995).

The Condor: Ornithological Applications 117:76–86, © 2015 Cooper Ornithological Society

This content downloaded from
164.159.60.2 on Mon, 06 Jun 2022 20:20:32 UTC
All use subject to https://about.jstor.org/terms



**FIGURE 1.** Distribution of sample sites for genetics (triangle; Paxton et al. 2008) and coloration (cross, excluding the eastern United States; Paxton et al. 2010), with approximate boundaries of named subspecies.

Several recent studies have compared subspecies of Willow Flycatchers. In a genetic study, Paxton et al. (2008) compared mtDNA sequences and amplified fragment length polymorphisms (AFLPs) from nuclear DNA. Busch et al. (2000) and Paxton (2000) concentrated on AFLP variation within and among subspecies. Paxton et al. (2010) quantified variation in lightness, saturation, and hue of the crown and back. Sample sites (Figure 1) for the 2 larger recent studies (Paxton et al. 2008, 2010) excluded ~75% of the range of *E. t. adastus* and ~50% of the range of *E. t. extimus*. Furthermore, formal comparisons with the subspecies to the west (*E. t. brewsteri*) and east (*E. t. traillii*) were not performed, making it unclear how the study could evaluate the genetic distinctiveness of *E. t. extimus*. Paxton et al. (2011) examined mtDNA sequences from migrant individuals, as well as specimens representing much of the breeding range of *E. traillii* (including all 4 widely recognized subspecies). However, these studies did not provide tests of subspecies limits. For example, Paxton et al. (2010:131) stated that "Because this study was intended to distinguish among established taxonomic units, we grouped breeding sites a priori into one of the four subspecies based on geographic ranges delineated via morphological studies (Unitt 1987, Browning 1993)." However, the samples of *E. t. traillii* were >1,000 km from the nearest sample of *E. t. adastus* or *E. t. extimus*, and the samples of western *E. t. brewsteri* were >900 km from the nearest *E. t. extimus* locality. I contend that the assertion that the subspecies limits are "established" is debatable. Unitt (1987) stated that the most comprehensive study of geographic variation in Willow Flycatchers was by Aldrich (1951). Aldrich's (1951) general review of the subspecies gave no lists of specimens, no values for measurements (except for his description of a new subspecies, *E. t. campestris*, which has subsequently been ignored), and no quantitative character analyses. Unitt (1987) used statistical analyses of character variation, although he too only compared preexisting subspecies limits. Browning (1993) did not perform statistical tests. Therefore, recent studies assumed, rather than tested, whether the data supported described subspecies limits.

A fifth study (Sedgwick 2001) compared vocalizations of Willow Flycatchers from the Southwest, representing localities from within the range of *E. t. adastus* and *E. t. extimus* (again excluding comparison of *E. t. extimus* with *E. t. brewsteri* or *E. t. traillii*). The results suggested that part of the song of *E. t. extimus* differed from that of *E. t. adastus*. Given that *Empidonax* inherit their songs, it might indicate that genetic differentiation exists that was missed by mtDNA and AFLPs. However, Sedgwick's UPGMA phenogram that shows 2 distinct song groups was based on a reduced set of song characters that were chosen because they separated the 2 groups, whereas characters not showing the same (or a different) pattern were excluded. In addition, the 2 clusters did not group samples entirely by subspecies, and Sedwick (2001:366) concluded that his data suggested "moderate introgression of *extimus* genes into the *adastus* gene pool." Lastly, a sampling gap corresponded to the geographic division in song features, reducing the potential to detect gradation in song characteristics between areas. Although the raw data are not available, future studies of vocalizations are warranted.

## METHODS

### Genetic Differentiation

Paxton et al. (2008) surveyed mtDNA and AFLPs within and among *E. t. adastus* and *E. t. extimus*. The highly variable AFLP data sets (Busch et al. 2000, Paxton 2000, Paxton et al. 2008) were less informative and did not conflict with conclusions drawn from the mtDNA data, and I did not reanalyze the AFLP data. Paxton et al. (2008) documented the occurrence of 33 mtDNA haplotypes at the cytochrome *b* locus in 145 individuals across 25 breeding sites in Arizona (7 sites), New Mexico (4 sites), Colorado (7 sites), and Utah (7 sites). Assuming that table 2 in Paxton et al. (2008) is correct, haplotype C2 in GenBank (AF297261) is incorrect because it has an "A" instead of a "G" at position 708. I reanalyzed the cytochrome *b* data from Paxton et al. (2008) using Arlequin version 3.5.1.3 (Excoffier and Lischer 2010) to compute $F_{ST}$, a measure of pairwise population differentiation that theoretically ranges

This content downloaded from
164.159.60.2 on Mon, 06 Jun 2022 20:20:32 UTC
All use subject to https://about.jstor.org/terms

FWS020348

from zero (absence of geographic structure) to 1 (fixation), and an analysis of molecular variance (AMOVA), which estimates the proportion of genetic variance attributable to various geographic groupings of populations. Paxton et al. (2011:611) sequenced "316 individuals sampled at 91 sites on the breeding grounds" that represented 62 haplotypes. A search of GenBank (December 13, 2013) found 93 haplotypes for *E. traillii*, but there is no corresponding information on their frequencies or geographic origins, although some are from wintering or migrant individuals (Paxton et al. 2011). Although the geographic localities are not given with the GenBank submissions, Paxton et al. (2011) stated that the sequences represent breeding individuals from *E. t. adastus*, *E. t. extimus*, *E. t. traillii* (New York, Tennessee, Illinois, North Carolina, Virginia, North Dakota, South Dakota, Minnesota, and Maryland), and *E. t. brewsteri* (Washington, Oregon, and California), providing considerable coverage of the breeding range (excluding western Canada and the Maritime provinces). I used Mega6 (Tamura et al. 2013) to construct a neighbor-joining tree (distance = $P$ value) with 1,000 bootstrapped replicates, of all 93 haplotypes available in GenBank. Despite uncertainty over the exact geographic origins of haplotypes, if there was significant geographic structure in the species range, it would be recovered by this analysis in the form of significantly supported nodes in the tree.

## Morphological Variation

The only available quantitative data (at the level of individuals) that allow testing subspecies limits are from Paxton et al. (2010), who used a colorimeter to measure lightness, saturation, and hue on the back and crown of 374 live-captured individuals from 29 locations. "Lightness" is a measure of how light or dark the color is, whereas saturation and hue reveal color direction in 2-dimensional space. They found that coloration changed over time because of feather wear, and adjusted values for the date measurements were taken by "multiplying the regression coefficient (b) by the date (day of year) starting from the earliest capture date (9 May, day of year_129). These seasonally adjusted color values were used for all subsequent analyses." E. Paxton (personal communication) provided a copy of the adjusted color values (minus the sample from Rush Creek, California). Paxton et al. (2010) divided their samples of breeding individuals into *E. t. adastus* (5 locations, 69 individuals), *E. t. brewsteri* (3, 38), *E. t. extimus* (7, 123), *E. t. traillii* (5, 39), and "boundary" (9, 77). The boundary category included sampling sites between "core" *E. t. adastus* and *E. t. extimus*, although Paxton et al. (2008) previously classified 3 sites (CCCO, DELT, and FICR) as *E. t. adastus* and 1 (MCSP) as *E. t. extimus*. I analyzed the color data using principal component analysis, plotting individuals on orthogonal axes.

## Ecological Niche Modeling

The occurrence of Willow Flycatchers in riparian areas of the arid Southwest might be associated with significant ecological distinctiveness from flycatchers breeding elsewhere and representing different subspecies. Thus, in lieu of morphological or genetic distinctiveness of *E. t. extimus*, listing under the ESA could be based on ecological distinctiveness and significance at either the subspecies or DPS level (U.S. Fish and Wildlife Service and National Marine Fisheries Service 1996). I constructed correlative ecological niche models (ENMs; Peterson 2001, Elith et al. 2011) using breeding records from the Breeding Bird Survey (accessed at http://www.pwrc.usgs.gov/bbs) and Ornis2 (http://ornis2.ornisnet.org/) that were input into Maxent version 3.2.2. (Phillips et al. 2006). I divided locality points into those representing *E. t. extimus* ($n = 204$) and *E. t. adastus* ($n = 269$), limiting the latter taxon to localities south of 49°N so as to equalize the areas of the 2 subspecies compared and to avoid confounding variation due to distance with that among putative taxa. There is concern (Unitt 1987) that male *E. t. brewsteri*, at least in California, sing during their migration through the range of *E. t. extimus*, confounding identification of breeding localities from vocalization records (such as the Breeding Bird Survey). Unitt (1987) suggested that only singing male *E. t. extimus* noted after June 20 should be considered breeders, but in the same paper he cited verified breeding dates in May (9, 16, 22, and 26) and early June (5, 12, and 13). Considering data on egg sets, Unitt (1987:158) wrote that "On the basis of 187 dated sets, *extimus* usually begins nesting about 1 June. The sets range in date from 24 May to 30 July; the mean date is 16 June." This suggests that male *E. t. extimus* must sing much earlier when establishing territories. To be conservative, I performed a second niche model in which only localities of singing males noted after June 16 were used (40 *E. t. extimus* and 100 random localities drawn from 184 breeding records of *E. t. adastus*). Climate data (19 layers) were obtained from the Worldclim bioclimatic database (Hijmans et al. 2005).

To determine whether these 2 subspecies differ in niche characteristics, I used the niche identity test and the background test for niche divergence in ENM Tools (Warren et al. 2008, 2010). The niche identity test involved 100 iterations of randomized locality points for the 2 subspecies (maintaining the original number of points for each group), with an ENM constructed for each group in Maxent using the randomized points, followed by calculation of the degree of niche overlap. Schoener's $D$ (for details, see Warren et al. 2008, 2010) was used as a measure of niche overlap; it ranges from 0 to 1, with 1 indicating complete overlap. If the observed niche overlap value is <95% of the randomized niche overlap values (1-tailed test), then the climatic niches of the 2 species are considered significantly different.

The Condor: Ornithological Applications 117:76–86, © 2015 Cooper Ornithological Society

This content downloaded from
164.159.60.2 on Mon, 06 Jun 2022 20:20:32 UTC
All use subject to https://about.jstor.org/terms

The niche identity test assumes that populations "tolerate the exact same set of environmental conditions and have the same suite of environmental conditions available to them" (Warren et al. 2011:17). Thus, it is possible to obtain a significant niche identity test if populations live in differing environments, but this does not mean, necessarily, that the species have diverged ecologically, only that they are able to survive in different climates because of ecological plasticity. Hence, the appropriate test for evaluating whether niches are significantly divergent is the background test, which allows one to assess "whether two species are more or less similar than expected based on the differences in the environmental background in which they occur" (Warren et al. 2011:19). The background test involves multiple iterations in which the niche overlap is calculated between 1 taxon's ENM and an ENM constructed from random points (obtained from Hawth's Tools [Beyer 2004] in ArcGIS9) within the range of the second taxon, where the number of random points is the same as the number of actual points for that taxon (subspecies in the present study). Tests are conducted in both directions. The observed niche overlap between 2 species' ENMs is compared with the distribution of overlap values from the runs in each direction to determine whether species' niches are significantly more or less divergent than expected (2-tailed test). Rejection of the null hypothesis (of niche identity) indicates that observed niche differences are a function of habitat selection and/or availability. If niches overlap more than expected, it is often interpreted as evidence for niche conservatism; if niches overlap less than expected, one can assume niche divergence (Warren et al. 2008, 2010, McCormack et al. 2010). Only in the case of niche divergence would one assume that *E. t. adastus* and *E. t. extimus* had evolved ecological distinctiveness.

## RESULTS

### Patterns of Genetic Differentiation

**Review of prior studies.** Paxton et al. (2008) found no fixed mtDNA differences between *E. t. adastus* and *E. t. extimus*. A large percentage of individuals (30%) possessed a common haplotype ("C1"), which was found in 16 localities, although small samples precluded definitive evidence of absence. A second haplotype, D1, was also found in 16 localities although in fewer individuals, and no special significance was attached to it by Paxton et al. (2008). A significant isolation-by-distance (IBD) effect was found using Mantel's (1967) test when considering all samples, which indicates that genetic differences increase with geographic distance between samples. Paxton et al. (2008) did not observe a significant IBD effect within either subspecies, although the geographic distances were much smaller and, hence, do not obviously support their

conclusion (Paxton et al. 2008:9) that there is a "rapid change in [haplotype] frequencies at the boundary" between the subspecies. Paxton et al. (2008) also considered how grouping samples into subspecies by moving the boundary north or south affected the amount of genetic variation explained by an AMOVA. This exercise was intended to determine whether a new subspecies boundary would explain more of the genetic variance than the current one. Although there was an effect brought about by changing the boundary, it was not possible to identify a clear and objective boundary. Paxton et al. (2008) constructed a UPGMA dendrogram (their fig. 2) to display the spatial pattern of genetic variation. They found 2 clusters, 1 including populations of *E. t. extimus* and the other a mixture of both subspecies, which does not support the subspecies as described. In addition, the algorithm used to construct UPGMA phenograms results in the "root" being placed at the midpoint of the largest pairwise genetic distance. If the sample of localities is biased geographically, the appearance of 2 clades could recover the pattern of sampling. Even if there were a root to the phenogram, there could be no support for *E. t. extimis*, given the topology.

Paxton et al. (2008) plotted a graph (their fig. 3) of the frequency of the C-group mtDNA haplotypes versus latitude that purports to show a relatively sharp transition between *E. t. extimus* and *E. t. adastus*. Contrary to Paxton et al.'s (2008) figure legend, their figure 3 is not a plot of C-group haplotypes versus latitude but, instead, haplotype frequencies versus a function of latitude and elevation. It is unusual to plot a subspecies boundary in this way, and elevation was not a part of the original subspecies descriptions (reviewed above), which are based solely on latitude and longitude.

**New analyses.** I was unable to determine a clear genetic boundary by varying the populations included in an AMOVA. I plotted (Figure 2) the data from Paxton et al.'s (2008) table 2; these data show a gradual transition between *E. t. extimus* and *E. t. adastus* and, therefore, do not support a sharp genetic transition in C-group haplotypes.

The neighbor-joining tree (not shown) for all 93 unique haplotypes was not consistent with distinct groupings, and the highest bootstrap basal nodal support was 29%. Therefore, although the samples were identified only to U.S. state of origin, there is no phylogenetic structure that could be associated with distinct geographic groupings or named subspecies.

### Patterns of Morphological Differentiation

**Review of prior studies.** Paxton et al. (2010) conducted several analyses, such as a canonical discriminant analysis to "represent the linear relationship of the plumage coloration by subspecies" (Paxton et al. 2010:131).

The Condor: Ornithological Applications 117:76–86, © 2015 Cooper Ornithological Society

This content downloaded from
164.159.60.2 on Mon, 06 Jun 2022 20:20:32 UTC
All use subject to https://about.jstor.org/terms



**FIGURE 2.** Plot showing a smooth, clinal relationship between the latitude of the breeding site and the frequency of the C-group haplotypes for cytochrome *b* data from Paxton et al. 2008 (their table 2).

However, this model was built "using only large sample sites within the core area of each subspecies," thereby excluding the boundary sites. Representative conclusions included "While there is overlap in the color values of individual flycatchers from the different subspecies, mean

value for the breeding sites tended to cluster together by subspecies" and that the data indicated "intergradation among the subspecies, consistent with a molecular genetic study," that being Paxton et al. (2008).

**New analyses.** To test the validity of subspecies, I did not group specimens into a priori subspecies, because that process is circular. In Figure 3, I plot the relationship among individuals in *E. t. adastus*, *E. t. brewsteri*, *E. t. extimus*, and individuals from boundary locations on PC1 and PC2. The subspecies are not separated; instead, there is a gradation of variation among them.

**Ecological Niche Modeling**

The observed niche overlap (Schoener's $D = 0.17$) was much less than the distribution of random values (Figure 4A), which indicates that niche overlap between the subspecies is less than expected at random. However, comparison of the 2 subspecies did not yield a significant background test (Figure 4B), which suggests that the observed niche-identity difference is explained by geographic variation in the environmental conditions available to each subspecies within their respective ranges (Warren et al. 2008, 2010, McCormack et al. 2010). That is, the



**FIGURE 3.** Plot of the distribution of 363 individual Willow Flycatchers from 3 subspecies, and boundary localities for the first 2 principal components (PC) based on analysis of 6 color variables (from Paxton et al. 2010). PC1 (horizontal axis) explains 39% of the variation, and PC2 (vertical axis) explains 27%. Note that the subspecies are not distinct and overlap greatly with each other and the boundary locations.

The Condor: Ornithological Applications 117:76–86, © 2015 Cooper Ornithological Society

This content downloaded from
164.159.60.2 on Mon, 06 Jun 2022 20:20:32 UTC
All use subject to https://about.jstor.org/terms

FWS020351

Case 1:21-cv-03263-EGS   Document 16-2   Filed 08/17/22   Page 13 of 27





**FIGURE 5.** Distribution of $F_{ST}$ values between populations within (black bars) and between (gray bars) subspecies in the Willow Flycatcher (data reported by Paxton et al. 2008). The 2 distributions overlap greatly, a result of a gradual transition of genetic variation and a lack of support for distinct subspecies.

**FIGURE 4.** (A) Results of a niche identity test for *E. t. extimus* versus *E. t. adastus* (100 random repetitions), showing that the observed niche identity (Schoener's *D*; arrow) is much less than expected by chance (black bars) and that the 2 subspecies use different niche characteristics. (B) Results of a background test for niche divergence between *E. t. extimus* and *E. t. adastus*, showing that although the subspecies use different niche characteristics, they apparently do not exhibit significant niche divergence. If the subspecies had divergent niches, the observed Schoener's *D* would be less than the random distribution shown by the histogram.

subspecies are using common environmental features as often as one would expect by chance—hence, the species likely has a broad ecological (climatic) tolerance, at least in the area studied, and does not show significant ecological divergence in climate niche dimensions. The same results (not shown) were obtained for the analyses of the samples restricted to a temporal window that was designed to exclude migrant birds (see above).

## DISCUSSION

### Genetic Differentiation

*Empidonax t. extimus* is not supported by published genetic (mtDNA or nuclear AFLPs) data as a distinct entity. This result can be illustrated by plotting $F_{ST}$ values within and between subspecies (Figure 5). The 2 distributions overlap because the subspecies boundary is situated arbitrarily on a cline in allele frequencies. The lack of genetic support was noted by Paxton et al. (2008:16): "[T]he evidence for a region of intergradation suggests there is little support biologically for the legal necessity of designating a boundary line. As a result, designating the location of a discrete line separating the 2 subspecies

cannot be made unambiguously based on genetic data and thus becomes a value judgment dependent on the philosophy of policy makers." I would argue that if the best available data do not support 2 subspecies, the philosophy of policymakers is irrelevant. Furthermore, the exclusion of comparisons of *E. t. extimus* with *E. t. brewsteri* and *E. t. traillii* is a serious omission, because the validity of *E. t. extimus* cannot be established without testing whether it is distinctive from all geographically adjacent neighbors. My analysis of all mtDNA sequences in GenBank suggests that none of the subspecies is genetically distinct.

Some authors, as well as the U.S. Fish and Wildlife Service (2011), have concluded that mtDNA alone is insufficient to judge the validity of avian subspecies (Zink et al. 2013). Zink and Barrowclough (2008) pointed out that mtDNA has a greater chance than nuclear loci of detecting genetic differences between recently isolated populations and subspecies, owing to the more rapid coalescence time of mtDNA. Thus, in species without geographically structured mtDNA variation, there is a very low likelihood of differentiation at nuclear loci (Lee and Edwards 2008, Hung et al. 2012). However, because some exceptions exist (Toews and Brelsford 2012), it is important that Paxton (2000) analyzed 197 polymorphic nuclear AFLP markers, although low by modern standards, and found no geographic structure that corresponded to subspecies limits.

### Morphological Differentiation

The genus *Empidonax* is known for a high number of sibling species, which are defined as closely related species that lack distinctive morphologies. Hence, one might suggest that analyses of morphology would be uninformative for assessing taxonomic limits below the species level

This content downloaded from
164.159.60.2 on Mon, 06 Jun 2022 20:20:32 UTC
All use subject to https://about.jstor.org/terms

FWS020352



**FIGURE 6.** Plot of the average score for individuals from 28 sites on principal component 2 (PC2; from analysis of 6 adjusted color variables) versus latitude (from Paxton et al. 2010), showing that if only the geographic extremes were compared, it would give the illusion of statistical significance—when, in fact, there is gradual variation between sites.

(e.g., subspecies). However, each of the subspecies was described as having differing coloration. For example, *E. t. traillii* is described as having "Entire head, neck and upper parts greenish and relatively uniform" (Phillips 1948:508). *Empidonax t. adastus* was described as "Head (especially sides of neck) grayish, more contrasted with the back than in *traillii* or *alascnesis*; back duller and more grayish green" (Phillips 1948:510). *Empidonax t. extimus* was considered "The palest race of *E. traillii*. Adults most closely resemble *adastus*, but are even paler above" (Phillips 1948:513). Phillips (1948:510) stated that specimens of *E. t. adastus* were "practically identical with those of *E. t. extimus*." Phillips (1948:514) also remarked that "A male in peculiar, retarded plumage from the Gallinas River at Las Vegas, New Mexico, May 23, seems to be typical *extimus*." Presumably, Phillips meant that it was unusual to find a spring male that had not yet molted out of its previous plumage, but he does not describe diagnostic plumage characteristics of the subspecies at different plumage stages, so it is not clear how he ascertained that it was "typical."

The differences in coloration noted in the subspecies descriptions make relevant the quantitative data on head and back coloration of Paxton et al. (2010). Analyses of these color data did not support the subspecies limits, because the coloration grades between them. I predict that a multivariate analysis of standard morphological characters from samples throughout the range (e.g., Zink 1986,

Rising 2001, McKay 2008, Skalski et al. 2008) would reinforce the results from the analysis of coloration. The importance of proper sampling is critical. As noted above, Paxton et al. (2010) excluded boundary samples and tested for differences between core areas. The problem with these tests can be appreciated by inspection of Figure 6, which is a plot of PC2 values versus latitude, showing a gradual geographic progression. If only samples from 32–36°N and 45–49°N were compared (putative core areas), there would likely be a statistically significant difference, whereas inclusion of intermediate samples reveals the biased nature of that inference.

It is also a concern that Paxton et al. (2010) obtained data from living specimens that were released, eliminating the possibility of others verifying their measurements. Although analysis of museum specimens is preferable, there are insufficient specimens in collections, and it is not feasible to collect a large series of museum specimens of this endangered bird.

## Ecological Distinctiveness

Hatten et al. (2010) provided a perspective on the habitat of *E. t. extimus* but did not make quantitative tests of niche differentiation. I found that niche identities for populations from different areas differ more than expected by chance (Figure 4A), which is understandable given the large degree of environmental variation that exists across the range. The insignificant background test (Figure 4B) suggests that the

This content downloaded from
164.159.60.2 on Mon, 06 Jun 2022 20:20:32 UTC
All use subject to https://about.jstor.org/terms

FWS020353

species might have a broad ecological tolerance (e.g., plasticity) that allows it to exist across a broad range of environmental conditions without evolving special ecological adaptations, at least in the western portion of the range. Therefore, the available data do not support the Southwestern Willow Flycatcher as being ecologically distinct, although future studies might identify niche dimensions other than climate that could distinguish taxa.

## Subspecies Limits and Conservation

The subspecies of Willow Flycatcher, including the Southwestern Willow Flycatcher (*E. t. extimus*), were described using traditional methods that involved few specimens scattered from throughout the range, and few characters that were not analyzed quantitatively or multivariately. Although this was typical for the era when most subspecies were described (Zink and Remsen 1986), use of subspecies for many modern applications requires assessment of their diagnosability. The present study found that molecular, morphological, and ecological data did not support the Southwestern Willow Flycatcher as a distinct subspecies (or DPS). It would seem that the most recent official checklist of subspecies of North American birds (AOU 1957) was prescient in excluding *E. t. extimus*. Hence, the Willow Flycatchers of the Southwest represent peripheral populations of an otherwise widespread species that do not merit subspecific recognition and are therefore inappropriately listed as endangered under the ESA.

The ESA was designed to protect distinct elements of biodiversity. The U.S. Congress directed the Fish and Wildlife Service to use the ESA "sparingly" when listing distinct population segments (Bernhardt 2008), and it would follow that listed taxa should be strongly differentiated in at least 1 genetically based character set. The importance of listing only distinct subspecies is revealed by the cost of endangered species conservation. McCarthy et al. (2012) estimated that $1 billion is needed annually to reduce the threat level of globally threatened bird species, obviously an unrealistic level of support. Perhaps, going forward, the null hypothesis for avian subspecies should be that they are not appropriate for listing without a modern assessment of their validity.

## Future Directions

In a sample of 234 North American songbird species, the average number of subspecies is 3.34 (R. M. Zink personal observation). Hence, a primary question: What attributes would qualify a subspecies for recognition as an evolutionarily isolated unit, appropriate for listing under the ESA? Barrowclough (1982) suggested that a subspecies name should be predictive of concordant patterns of variation in multiple characters. This criterion would eliminate many named subspecies, including the Southwestern Willow Flycatcher. Zink (2004) and Phillimore and

Owens (2006) found that, on average, temperate-breeding bird species possess ~2 evolutionarily significant units per species, based on patterns of genetic variation at neutral loci (e.g., mtDNA). In my opinion, if the Southwestern Willow flycatcher corresponded to such a unit, it would be qualified for listing, but the available data are not in support. In general, molecular data indicate that the number of listable avian taxa is twice the number of species but considerably less than the number of subspecies.

I am concerned that a double standard may exist among conservation biologists involving the nature of data required for listing under the ESA. For example, the U.S. Fish and Wildlife Service has relied on results of mtDNA studies in >80 cases since 1989, although they (U.S. Fish and Wildlife Service 2011) did not accept mtDNA evidence that suggested that the California Gnatcatcher (*Polioptila californica californica*) was not distinct (Zink et al. 2013). I suspect that if there were a pattern of reciprocal monophyly in the mtDNA of Southwestern Willow Flycatchers, many would consider it sufficient to establish the evolutionary-independence requisite for ESA listing. However, this was not the case, and some will claim that investigators have just not studied enough characters to disprove a hypothesis of no distinctiveness. Listing under the ESA requires the best available scientific and commercial data—which, in the case of the Southwestern Willow Flycatcher, are not currently supportive of its status. It is important to recognize that sometimes it is necessary to make a listing or delisting decision and not wait for a new technique that might provide a different answer.

It is fair to ponder what new data or analyses might be relevant. I noted above that a thorough study of vocalizations could be useful. I do not think there are enough specimens in museums to conduct a decisive morphological analysis, and although live specimens could be measured and released, it is my opinion that the data cannot be combined with museum specimens, and that all specimens, whether live or in museums, should be measured multiple times by the same observer to minimize and quantify measurement error (Rojas-Soto 2003). The other new horizon in geographic variation research involves the use of "genomics," or surveys of large numbers of loci (Lerner and Fleischer 2010). It remains to be seen whether genomics will reveal patterns of geographic variation that will corroborate the limits of most avian subspecies, or instead will reveal myriad geographic patterns that defy a simple interpretation. It will also be of interest to observe whether genomic studies that fail to support subspecies limits are also considered inadequate in some way. That is, one might wonder what technique will supplant genomics or whether we have indeed achieved the holy grail of molecular methods.

The Condor: Ornithological Applications 117:76–86, © 2015 Cooper Ornithological Society

This content downloaded from
164.159.60.2 on Mon, 06 Jun 2022 20:20:32 UTC
All use subject to https://about.jstor.org/terms

FWS020354

## ACKNOWLEDGMENTS

I thank E. Paxton for providing color data. J. Klicka, R. Ramey, and A. Jones provided useful comments on the manuscript. S. Lanyon suggested the null hypothesis for listing of subspecies. I thank four anonymous reviewers for comments on the manuscript. No outside funding was received for this study.

## LITERATURE CITED

Aldrich, J. W. (1951). A review of the races of the Traill's Flycatcher. Wilson Bulletin 63:192–197.

Amadon, D. (1949). The seventy-five percent rule for subspecies. The Condor 51:250–258.

American Ornithologists' Union (1957). Checklist of North American birds, fifth edition. American Ornithologists' Union, Baltimore, MD, USA.

Barrowclough, G. F. (1982). Geographic variation, predictiveness, and subspecies. The Auk 99:601–603.

Barrowclough, G. F., J. G. Groth, L. A. Mertz, and R. J. Gutiérrez (2005). Genetic structure, introgression, and a narrow hybrid zone between northern and California spotted owls (Strix occidentalis). Molecular Ecology 14:1109–1120.

Behle, W. H. (1985). Utah birds: Geographic distribution and systematics. Utah Museum of Natural History Occasional Publications 5.

Bernhardt, D. L. (2008). U.S. Fish and Wildlife Service Authority under Section 4(c)(l) of the Endangered Species Act to Revise Lists of Endangered and Threatened Species to "Reflect Recent Determinations," Memorandum M-37018 to Director, U.S. Fish and Wildlife Service, December 12, 2008.

Beyer, H. L. 2004. Hawth's analysis tools for ArcGIS. http://www.spatialecology.com/htools

Brewster, W. (1895). Notes on certain flycatchers of the genus Empidonax. The Auk 12:157–163.

Browning, M. R. (1993). Comments on the taxonomy of Empidonax traillii (Willow Flycatcher). Western Birds 24:241–257.

Busch, J. D., M. P. Miller, E. H. Paxton, M. K. Sogge, and P. Keim (2000). Genetic variation in the endangered Southwestern Willow Flycatcher. The Auk 117:586–595.

Cracraft, J., J. Feinstein, J. Vaughn, and K. Helm-Bychowski (1998). Sorting out tigers (Panthera tigris): Mitochondrial sequences, nuclear inserts, systematics, and conservation genetics. Animal Conservation 1:139–150.

Elith, J., S. J. Phillips, T. Hastie, M. Dudík, Y. E. Chee, and C. J. Yates (2011). A statistical explanation of MaxEnt for ecologists. Diversity and Distributions 17:43–57.

Excoffier, L., and H. E. L. Lischer (2010). Arlequin suite ver 3.5: A new series of programs to perform population genetics analyses under Linux and Windows. Molecular Ecology Resources 10:564–567.

Haig, S. M., and K. Winker (2010). Avian subspecies: Summary and prospectus. Ornithological Monographs 67:172–175.

Hatten, J. R., E. H. Paxton, and M. K. Sogge (2010). Modeling the dynamic habitat and breeding population of Southwestern Willow Flycatcher. Ecological Modelling 221:1674–1686.

Hijmans, R. J., S. Cameron, and J. Parra (2005). WorldClim, version 1.3. University of California, Berkeley, CA, USA. http://biogeo.berkeley.edu/worldclim/worldclim.htm

Hung, C. M., S. V. Drovetski, and R. M. Zink (2012). Multilocus coalescence analyses support a mtDNA-based phylogeographic history for a widespread Palearctic passerine bird, Sitta europaea. Evolution 66:2850–2864.

Lee, J. Y., and S. V. Edwards (2008). Divergence across Australia's Carpentarian barrier: Statistical phylogeography of the Red-backed Fairy Wren (Malurus melanocephalus). Evolution 62: 3117–3134.

Lerner, H. R. L., and R. C. Fleischer (2010). Prospects for the use of next-generation sequencing methods in ornithology. The Auk 127:4–15.

Mantel, N. (1967). The detection of disease clustering and a generalized regression approach. Cancer Research 27:209–220.

McCarthy, D. P., P. F. Donald, J. P. Scharlemann, G. M. Buchanan, A. Balmford, J. M. Green, L. A. Bennun, N. D. Burgess, L. D. Fishpool, S. T. Garnett, D. L. Leonard, R. F. Maloney, et al. (2012). Financial costs of meeting global biodiversity conservation targets: Current spending and unmet needs. Science 338:946–949.

McCormack, J. E., A. J. Zellmer, and L. L. Knowles (2010). Does niche divergence accompany allopatric divergence in Aphelocoma jays as predicted under ecological speciation?: Insights from tests with niche models. Evolution 64:1231–1244.

McKay, B. D. (2008). Phenotypic variation is clinal in the Yellow-throated Warbler. The Condor 110:569–574.

Miller, A. H. (1941). A review of centers of differentiation for birds in the western Great Basin region. The Condor 43:257–267.

Moritz, C. (1994). Applications of mitochondrial DNA analysis in conservation: A critical review. Molecular Ecology 3:401–411.

Oberholser, H. C. (1918). New light on the status of Empidonax traillii (Audubon). Ohio Journal of Science 18:85–98.

Oberholser, H. C. (1932). Descriptions of new birds from Oregon, chiefly from the Warner Valley region. Scientific Publications of the Cleveland Museum of Natural History 4:1–12.

Oberholser, H. C. (1947). A new flycatcher from the western United States. Proceedings of the Biological Society of Washington 60:77–78.

Patten, M. A. (2010). Null expectations in subspecies diagnosis. Ornithological Monographs 67:35–41.

Patten, M. A., and P. Unitt (2002). Diagnosability versus mean differences of Sage Sparrow subspecies. The Auk 119:26–35.

Paxton, E. H. (2000). Molecular genetic structuring and demographic history of the Willow Flycatcher (Empidonax traillii). M.S. thesis, Northern Arizona University, Flagstaff, AZ, USA.

Paxton, E. H., M. K. Sogge, T. J. Koronkiewicz, M. A. McLeod, and T. C. Theimer (2010). Geographic variation in the plumage coloration of Willow Flycatchers Empidonax traillii. Journal of Avian Biology 41:128–138.

Paxton, E. H., M. K. Sogge, T. C. Theimer, J. Girard, and P. Keim (2008). Using molecular genetic markers to resolve a subspecies boundary: The northern boundary of the Southwestern Willow Flycatcher in the four-corner states. U.S. Geological Survey Open File Report 2008–1117.

Paxton, E. H., P. Unitt, M. K. Sogge, M. Whitfield, and P. Keim (2011). Winter distribution of Willow Flycatcher subspecies. The Condor 113:608–618.

Peterson, A. T. (2001). Predicting species' geographic distributions based on ecological niche modeling. The Condor 103: 599–605.

The Condor: Ornithological Applications 117:76–86, © 2015 Cooper Ornithological Society

This content downloaded from
164.159.60.2 on Mon, 06 Jun 2022 20:20:32 UTC
All use subject to https://about.jstor.org/terms

FWS020355

Phillimore, A. B., and I. P. F. Owens (2006). Are subspecies useful in evolutionary and conservation biology? Proceedings of the Royal Society of London, Series B 273:1049–1053.

Phillips, A. R. (1948). Geographic variation in *Empidonax traillii*. The Auk 65:507–514.

Phillips, S. J., R. P. Anderson, and R. E. Schapire (2006). Maximum entropy modeling of species geographic distributions. Ecological Modelling 190:231–259.

Remsen, J. V., Jr. (2005). Pattern, process, and rigor meet classification. The Auk 122:403–413.

Rising, J. D. (2001). Geographic variation in size and shape of Savannah Sparrows (*Passerculus sandwichensis*). Studies in Avian Biology 23.

Rojas-Soto, O. R. (2003). Geographic variation of the Curve-billed Thrasher (*Toxostoma curvirostre*) complex. The Auk 120:311–322.

Sedgwick, J. A. (2001). Geographic variation in the song of Willow Flycatchers: Differentiation between *Empidonax traillii adastus* and *E. t. extimus*. The Auk 118:366–379.

Skalski, J. R., R. L. Townsend, L. L. McDonald, J. W. Kern, and J. J. Millspaugh (2008). Type I errors linked to faulty statistical analyses of endangered subspecies classifications. Journal of Agricultural, Biological, and Environmental Statistics 13:199–220.

Tamura, K., G. Stecher, D. Peterson, A. Filipski, and S. Kumar (2013). MEGA6: Molecular Evolutionary Genetics Analysis version 6.0. Molecular Biology and Evolution 30:2725–2729.

Toews, D. P., and A. Brelsford (2012). The biogeography of mitochondrial and nuclear discordance in animals. Molecular Ecology 21:3907–3930.

Unitt, P. (1987). *Empidonax traillii extimus*: An endangered subspecies. Western Birds 18:137–162.

U.S. Fish and Wildlife Service (1995). Final rule determining endangered status for the Southwestern Willow Flycatcher. Federal Register 60:10694–10715.

U.S. Fish and Wildlife Service (2011). Endangered and threatened wildlife and plants; 90-day finding on a petition to delist the coastal California Gnatcatcher as threatened. Federal Register 76:66255–66260.

U.S. Fish and Wildlife Service and National Marine Fisheries Service (1996). Policy regarding the recognition of distinct vertebrate population segments under the Endangered Species Act. Federal Register 61:4722–4725.

Warren, D. L., R. E. Glor, and M. Turelli (2008). Environmental niche equivalency versus conservatism: Quantitative approaches to niche evolution. Evolution 62:2868–2883.

Warren, D. L., R. E. Glor, and M. Turelli (2010). ENMTools: A toolbox for comparative studies of environmental niche models. Ecography 33:607–611.

Warren, D. L., R. E. Glor, and M. Turelli (2011). ENMTools User Manual v1.3. http://www.danwarren.net/enmtools/builds/ENMTools_1.4.3.zip

Wilson, E. O., and W. L. Brown, Jr. (1953). The subspecies concept and its taxonomic application. Systematic Zoology 2:97–111.

Zink, R. M. (1986). Patterns and evolutionary significance of geographic variation in the Schistacea group of the Fox Sparrow (*Passerella iliaca*). Ornithological Monographs 40.

Zink, R. M. (2004). The role of subspecies in obscuring avian biological diversity and misleading conservation policy. Proceedings of the Royal Society of London, Series B 271: 561–564.

Zink, R. M., and G. F. Barrowclough (2008). Mitochondrial DNA under siege in avian phylogeography. Molecular Ecology 17: 2107–2121.

Zink, R. M., J. G. Groth, H. Vázquez-Miranda, and G. F. Barrowclough (2013). Phylogeography of the California Gnatcatcher (*Polioptila californica*) using multilocus DNA sequences and ecological niche modeling: Implications for conservation. The Auk 130:449–458.

Zink, R. M., and J. V. Remsen, Jr. (1986). Evolutionary processes and patterns of geographic variation in birds. Current Ornithology 4:1–69.

This content downloaded from
164.159.60.2 on Mon, 06 Jun 2022 20:20:32 UTC
All use subject to https://about.jstor.org/terms

FWS020356

*Send Orders for Reprints to reprints@benthamscience.ae*

60                                   *The Open Ornithology Journal*, 2016, 9, 60-69



# The Open Ornithology Journal



Content list available at: www.benthamopen.com/TOOENIJ/

DOI: 10.2174/1874453201609010060



LETTER

# Current Topics in Avian Conservation Genetics with Special Reference to the Southwestern Willow Flycatcher

Robert M. Zink

*School of Natural Resources, School of Biological Sciences, and Nebraska State Museum, University of Nebraska, Lincoln, 507 Hardin Hall, 3310 Holdrege St., Lincoln, NE 68583, USA*

Received: August 02, 2016                Revised: October 28, 2016                Accepted: November 04, 2016

**Abstract:** It is sometimes said that scientists are entitled to their own opinions but not their own set of facts. This suggests that application of the scientific method ought to lead to a single conclusion from a given set of data. However, sometimes scientists have conflicting opinions about which analytical methods are most appropriate or which subsets of existing data are most relevant, resulting in different conclusions. Thus, scientists might actually lay claim to different sets of facts. However, if a contrary conclusion is reached by selecting a subset of data, this conclusion should be carefully scrutinized to determine whether consideration of the full data set leads to different conclusions. This is important because conservation agencies are required to consider all of the best available data and make a decision based on them. Therefore, exploring reasons why different conclusions are reached from the same body of data has relevance for management of species. The purpose of this paper was to explore how two groups of researchers can examine the same data and reach opposite conclusions in the case of the taxonomy of the endangered subspecies Southwestern Willow Flycatcher (*Empidonax traillii extimus*). It was shown that use of subsets of data and characters rather than reliance on entire data sets can explain conflicting conclusions. It was recommend that agencies tasked with making conservation decisions rely on analyses that include all relevant molecular, ecological, behavioral, and morphological data, which in this case show that the subspecies is not valid, and hence its listing is likely not warranted.

**Keywords:** Endangered species act, Southwestern willow flycatcher, Subspecies, Mitochondrial DNA, Plumage coloration, Phylogeography.

## INTRODUCTION

Decisions to list a species as threatened or endangered can draw on several sources of information, including population demography, habitat loss, taxonomy, and the genetic characteristics of the population considered at risk. It is also the case that some listing decisions can be reversed if the population, subspecies or species recovers, or it was subsequently determined that the original listing of a subspecies was unwarranted owing to "data error". The latter occurs relatively frequently when subspecies, often named a century ago, are used at face value as valid taxa by listing agencies. In many cases, modern taxonomic methods find that such subspecies are not supported by analyses of modern genetic or morphological data [1, 2]. Unfortunately, in some cases, the subspecies are considered flagships upon which the preservation of an area is based. The coastal California Gnatcatcher (*Polioptila californica californica*) is one such subspecies, serving as a flagship for the Coastal Sage Scrub of southern California and northwestern Baja California, and there is vigorous debate as to its validity [3 - 6]. In this and other examples, different groups of scientists publish peer-reviewed papers that reach different conclusions from the same body of existing data, sometimes by differentially weighting particular pieces of evidence, or by excluding some evidence.

Contrary null hypotheses can play a role. For example, there is an argument from "negative evidence", which in

---

* Address correspondence to this author at the School of Natural Resources, School of Biological Sciences, and Nebraska State Museum, University of Nebraska, Lincoln, 507 Hardin Hall, 3310 Holdrege St., Lincoln, NE 68583, USA; Tel: 6125904215; E-mail: rzink2@unl.edu

FWS020357

essence says no matter how many data sets document a lack of genetic or morphological differences among populations thought to be threatened or endangered, no decision can be made [6]. However, the theoretical expectation for populations that are connected by gene flow is that they will show no diagnostic differences, *e.g.*, they are not evolutionarily distinct units. Thus, the data showing no differences among subspecific taxa are in fact positive and support this null hypothesis [5]. Often, when data emerge that support this null expectation, critics ignore the conclusion by applying the "negative data" tag. Indeed, one cannot disprove a hypothesis of no differences, as it would require an infinite number of data sets. Thus, if multiple lines of evidence do not support a subspecies as valid, but others argue the evidence is "negative" or future studies might reveal diagnostic differences, a conundrum is created for agencies tasked with making decisions based on the best available data, and not waiting for some unknown point in the future when new data might emerge. For example, in a recent decision to retain the coastal California Gnatcatcher as Threatened under the U.S. Endangered Species Act [ESA; 7], the U.S. Fish and Wildlife Service essentially redefined the word "available" and called for additional data, rather than acting on what was available at the time. There were no "positive" data cited in support of the subspecies, and in effect they favored a subspecies taxonomy almost a century old despite modern evidence to the contrary. This of course sets a precedent for any listing agency to avoid decisions that are compatible with existing data if they are politically unfavorable, and defer to future data with unknown timeframes and conclusions under the "negative data paradigm". In my opinion the USFWS acted in a way that is at odds with the intent of the phrase "best available commercial and scientific data" required by the ESA.

In this paper, conclusions reached from the same sets of data concerning the taxonomic distinctiveness of an endangered passerine bird of the American Southwest, the southwestern willow flycatcher (*Empidonax traillii extimus*) are compared. Many parallels exist with the coastal California Gnatcatcher. Analyses based on all relevant data show that the best available data do not support the taxon and it is recommended that agency decisions regarding listing or delisting are based on full data sets.

## BACKGROUND

The southwestern willow flycatcher (hereafter SWWF) is part of a widely distributed and common species, the willow flycatcher (*E. traillii*). Partners in Flight estimate a North American population of *E. traillii* at 9,100,000 (http://rmbo.org/pifpopestimates/Database.aspx; accessed 10 June 2016), although the species is clearly not dense in the southwest where populations are considered to represent *E. t. extimus*, although these local populations are increasing [8]. The SWWF represents a distributional extreme in the American Southwest, where it inhabits riparian habitats. Concern over habitat loss and concomitant reduction in populations led to its listing as endangered under the U.S. ESA in 1995 [9]. A petition to delist the subspecies was filed [10].

Listing of the SWWF was based on the assumption that it is a valid taxonomic entity. Zink [11] analyzed existing data on mitochondrial DNA (mtDNA), plumage coloration, ecological niches, and song, and concluded that the Southwestern Willow Flycatcher is not a valid subspecies. That is, in the parlance of the ESA, the listing was based on original data error. If true, implications exist for its continued listing. Theimer *et al.* [12] argue that some of the data presented by Zink [11] support the subspecies. Thus, this represents an instance in which two groups of researchers examine the same data and come to different conclusions. This divergence of opinions is explored in this paper, and examined how differing interpretations of the ESA, and uses of subsets of data lead to apparently contrasting taxonomic conclusions.

### Taxonomy, Range, and Interpreting the U.S. Endangered Species Act

The fundamental units that can be listed under the ESA are taxonomic categories, which have been notoriously labile and contentious. For example, many have argued the efficacy of the subspecies category, with some maintaining its value [13], others concluding that subspecies are rarely valid [14, 15]. Although this begs the question of whether subspecies *per se* are bad, or there are just bad subspecies, a majority of molecular studies support 50% of subspecies at best, mostly in tropical or island situations [2].

The taxonomy of the Willow Flycatcher was addressed by several authors [16 - 21]. The SWWF was described by Phillips [22] in 1948. Its description was based on subtle differences in coloration and measurements, although no statistical comparisons were presented in the original description [22]. The source accepted by most agencies and journals as the taxonomic authority for North American birds, is the Checklist produced by the American Ornithologists' Union (AOU; as of this writing, the AOU and the Cooper Ornithological Society have merged and will be known together as the American Ornithological Society (AOS)). This checklist listed subspecies until 1957, whereas

subsequent checklists included only species. It is important to note that although Phillips' (1948) description of the SWWF was in the Auk, the official publication of the AOU, the 1957 AOU Checklist [23] did not include it. That is, the AOU did not consider it a valid subspecies. However, the U. S. Fish and Wildlife Service considered it valid, despite conflicting scientific opinions [18, 20, 21].

Comparing opinions on the ranges of subspecies shows considerable disagreement among these authors. For example, Unitt [20] stated that "Phillips (1948) and Aldrich (1951) included southern California in the breeding range of *brewsteri*, but this study shows that instead *extimus* occupies this area." In my opinion, if the subspecies was a distinct evolutionary unit, it should be straightforward to define range boundaries.

It is important to consider how agencies interpret taxonomic categories relative to interpretations by researchers. Theimer *et al.* [12] cite a portion of a 1973 amendment to the ESA concerning taxonomic categories, which stated that protection could be applied to "any subspecies of fish or wildlife or plants, and any distinct population segment of any species of vertebrate fish or wildlife which interbreeds when mature". The Endangered Species Act in 1973 defined "species" to include "subspecies of fish or wildlife or plants and any other group of fish or wildlife of the same species or smaller taxa in common spatial arrangement that interbreed when mature." The U.S. Fish and Wildlife Service interpreted the definition to authorize the listing of populations, subspecies and species. In 1978, Congress clarified the definition of "species" to authorize the listing of "distinct population segments" of species of vertebrate species of fish or wildlife (16 U.S.C. § 1532(16)). The 1978 amendments limited the population listing authority to avoid trivializing the ESA by "protect[ing] peripheral populations," especially because "many common species are uncommon or rare at the edge of their range" [24]. In 1996, the U.S. Fish and Wildlife Service [25] interpreted the 1978 "distinct population segment" amendment to the definition of species to require a determination that a population is both (1) discrete in relation to the remainder of the species to which it belongs, and (2) significant to the species to which it belongs. As explained by the U.S. Fish and Wildlife Service: "Congress has instructed the Secretary to exercise this authority with regard to DPS's . . . sparingly and only when the biological evidence indicates that such action is warranted." (Senate Report 151, 96th Congress, 1st Session). The requirement that a DPS be significant is intended to carry out the expressed congressional intent that this authority be exercised sparingly as well as to concentrate efforts undertaken under the Act on avoiding important losses of genetic diversity (R. D. Thornton, pers. comm.). The measures of discreteness and significance serve decidedly different purposes in the policy. The interests of conserving genetic diversity would not be well served by efforts directed at insignificant units. Therefore, if a population segment is considered discrete under one or more of the above conditions, its biological and ecological significance will then be considered in light of Congressional guidance (see Senate Report 151, 96th Congress, 1st Session) that the authority to list DPS's be used sparingly while encouraging the conservation of genetic diversity" [25].

In my opinion, Theimer *et al.* [12] misrepresent how the USFWS interpreted the DPS and misinterpret this part of the ESA and subsequent amendments. Specifically, contra Theimer *et al.* [12], the ESA does not state that "gene flow among adjoining populations will necessarily result in a complex boundary where genes and the phenotypic traits associated with them intergrade, making designations of subspecies and DPS boundaries difficult" [12]. Theimer *et al.* [12] further imply that the amendment means that "genes and phenotypic traits may move between adjoining subspecies at different rates and unequally in different directions, often yielding complex, indistinct boundaries between populations." Congress did not set forth such specific expectations for subspecies or DPSs, and it is important to recognize that these "predictions" stem from Theimer *et al.*'s [12] personal interpretation. It appears that this redefinition of the ESA was made by Theimer *et al.* [12] to fit the data for the specifics of the SWWF. In fact, all that the language of the 1973 amendment means is that there is interbreeding among individuals or populations within DPSs, not that separate DPSs or subspecies interbreed when mature.

Based on their idiosyncratic interpretation of Congressional intent in the 1973 amendment, Theimer *et al.* [12] conclude that the expectation is that "Within a subspecies boundary area, however, some traits should show a nonlinear break in frequency over geographic space (step clines) that would distinguish a subspecies boundary from the gradual, linear change in genetic and phenotypic frequencies (smooth clines) found in many species…". This too is language not found in the ESA or its amendments. Furthermore, what this statement does not point out is that this is the bane of past subspecies descriptions as it leaves open the possibility of describing a subspecies based on one or a small set of characters and ignoring conflicting information.

## MATERIAL AND METHODOLOGY

Throughout their commentary Theimer *et al.* [12] select subsets of existing data or localities (or both) in their

*Current Topics in Avian*                                                                 *The Open Ornithology Journal, 2016, Volume 9*   **63**

attempt to garner support for *E. t. extimus*. In my opinion, the task is not to find some subset of characters that vary geographically in a particular way, but whether the subspecies exists in these data sets in the first place. Hence, I concentrate on analyses that include all characters and localities.

## RESULTS AND DISCUSSION

### Molecular Data and C-group Haplotypes

Theimer *et al.* [12] noted that Zink [11] plotted the relationship between latitude and the predicted C-group haplotypes, which Paxton *et al.* (2008) computed from joint consideration of latitude and elevation, rather than the actual frequency of these haplotypes. Paxton *et al.* [26] suggested that their predicted C-group frequencies (right-most column in their Table 1) better reflect the pattern of variation, but in their Figure 3, they instead plotted observed frequencies. Theimer *et al.* [12] claim that the latter plot reveals a step cline and their modeling suggests it is consistent with the boundaries some have proposed for *E. t. extimus*. I show both plots simultaneously (Fig. **1**) and do not observe a discrete boundary in either plot. However, I would argue that in fact neither analysis is relevant. The "c-group" haplotypes include just 4 of 33 haplotypes found in that area. Because the entire mitochondrial genome (*e.g.*, all 33 haplotypes) is inherited as a single linkage group, there cannot be different signals in different regions of Cyt*b* (or the entire mitogenome). Therefore, a more important question is whether a geographic signal consistent with subspecies limits is apparent in the entire Cyt*b* data set.



**Fig. (1).** Plot of C-group haplotypes that were adjusted by Paxton *et al.* [26] using a function of latitude and elevation, and raw values (C-group observed). With the exception of one outlier, the two plots suggest no step-cline between *E. t. adastus* and *E. t. extimus*.

Zink [11] performed but did not show a phylogenetic analysis of 93 mtDNA Cyt*b* haplotypes deposited in Genbank, but not analyzed by, E. Paxton. According to Paxton *et al.* [27], these haplotypes came from breeding birds sampled in New York, Tennessee, Illinois, North Carolina, Virginia, North Dakota, South Dakota, Minnesota, and Maryland, Washington, Oregon, and California. The 93 Genbank haplotypes include those used by Paxton *et al.* [26]. Given

Theimer *et al.*'s [12] concern, Fig. (**2**) shows that there is no support for *E. t. extimus*, or any other subspecies.



**Fig. (2).** Topology of bootstrap (1000 replications) neighbor-joining tree constructed with Mega6 [37] of 93 Cyt*b* haplotypes for Willow Flycatcher deposited in Genbank (distance measure p-distance), rooted with *E. alnorum*. Haplotype codes are from [26, 27]. A haplotype followed by an "e" indicates it was found in a population assigned by Paxton *et al.* [26] to *E. t. extimus*, and "a" to *E. t. adastus*, and "e,a" represents a haplotype found in individuals of both subspecies. Although it is not possible to determine the geographic location of other haplotypes (the two MVZ specimens were collected by the author in Minnesota), they were found in breeding individuals taken throughout the range and representing all subspecies [27]. No node received > 60% bootstrap support (those with 50-60% support were groups of two or three haplotypes), showing that none of the four subspecies could be supported irrespective of the geographic locality or subspecies.

Subsampling data can lead to biased interpretations. For example, Figure 2C of Theimer *et al.* [12] shows a cline analysis for 8 populations, but has a potential flaw because it suggests that the haplotype groups A, B, C, and D are homogeneous. In Fig. (**2**), it can be seen that the haplotypes from the four haplotype groups are not clades, which is an assumption in the cline analysis by Theimer *et al.* [12]; violation of this assumption negates their conclusion. More importantly, in Fig. (**3**), I show the figure from Paxton [28, his Figure 2] in which the subspecies membership of the different haplotypes is indicated. In the inset, it can be seen that Theimer *et al.* [12] have removed information identifying taxonomic membership, which in my opinion is a deliberately misleading omission. Like the tree in Fig. (**2**), it shows that none of the main groups map onto subspecies. I agree that there is geographic variation, but I do not agree that there is support for a taxonomic boundary indicated by the center of a cline through a subsample of the samples. In any case of geographic variation, one will be able to find the center of a cline, but that is not the same as documenting the existence of a discrete taxon.

FWS020361

*Current Topics in Avian*

*The Open Ornithology Journal, 2016, Volume 9*   **65**



**Fig. (3).** Network showing relationships among Cytb haplotypes of four subspecies of Willow Flycatcher (from [28]). The color codes indicate that no subspecies is distinct, even at a level of 75%. The inset shows part of Theimer *et al.*'s [12] Fig. (**2C**), where they reproduce the network from [28] without revealing the mismatch between the network and subspecies.

A different way to address whether the Cyt*b* data supports *E. t. extimus* is to evaluate it under the 75% rule [29, 30], which Theimer *et al.* [12] suggest as a viable approach. From the geographic distribution of haplotypes shown in Table 2 in Paxton *et al.* [26], I determined that 12.4% (18 of 145) of individuals could be unambiguously identified as coming from one of the 13 sites representing *E. t. extimus* (CAVE, ROOS, SAPE, GILA, GICL, ALPI, ZUNI, LOCI, TOPO, SEEG, SHIP MCSP, AZUL). By considering only the seven localities within the core of the range (CAVE, ROOS, SAPE, GILA, GICL, ALPI, ZUNI), the value drops to 6/145 (4.1%). These values fall well short of the 75% needed to support a subspecies according to 75% Rule [30]. The contrast between these two groupings shows that although geographic variation exists, there is no discrete boundary. It should also be noted that there is no statistical confidence intervals associated with this "75%" rule.

I repeat Paxton *et al.*'s [26] conclusion "We found no fixed differences between the two subspecies from either cytochrome-*b* haplotypes (Table 2) or AFLP polymorphic loci that would allow us to unambiguously distinguish individuals of one subspecies from the other." I agree, and the genetic data fail to provide diagnostic or 75% support.

**Morphology**

Theimer *et al.* [12] select characters and localities that might support a subspecies irrespective of the pattern of variation in the other characters. They show results of cline analyses that show a cline centered over the approximate boundary used for *E. t. adastus* and *E. t. extimus*. I disagree that this represents best practices. The existence of geographic variation is established, the question is whether the subspecies qualifies as a taxon. In my earlier paper, I showed a PCA plot with all individuals and characters included, and there is clearly no support for subspecies, at the 75% level or any other level. It can be misleading to choose only characters that support one particular view or another [6].

I performed a discriminant function analysis of all six of the date-transformed color characters to evaluate support for subspecies. Again, there is no support for distinct subspecies considering all localities and characters. In terms of the

75% rule, no subspecies are supported either (Fig. **4**).

18
16
14
12
10
8
6
4
2
0
ea
eb
ee
et
-3.5
-3
-2.5
-2
-1.5
-1
-0.5
0
0.5
1
1.5
2
2.5
3

**Fig. (4).** Plot of individual's scores on Discriminant Function 1 based on six date-corrected coloration characters from [38] showing no example of a subspecies in which 75% of the individuals are distinct from 99% of the other individuals.

### Niche Modeling

Neither the listing decision nor the subspecies description of *E. t. extimus* included tests for differences in ecological parameters. I performed a coarse-grained, but standard (*e.g.*, [31]) test of niche divergence to determine if there might be support for the subspecies in ecological data, given that the USFWS can use such data in listing decisions especially for a DPS. I included standard caveats about the role of ecological variables. Theimer *et al.* [12] provided a critique of my analysis that could invalidate many published studies (*e.g.*, [32]) if found to be general. But, they instead constructed a refined test, based on reduced sampling, that they (pg. 293) claim provides "weak evidence of niche partitioning between flycatcher subspecies…". This does not provide strong evidence that the subspecies is ecologically discrete, especially considering they did not test *E. t. extimus* with samples to the east (*E. t. traillii*) and west (*E. t. brewsteri*). If the standard for recognizing subspecies is "weak evidence" of ecological divergence, then nearly all allopatric populations will be candidates for protection, an untenable stance scientifically and politically. Lastly, if a one group of flycatchers does not differ ecologically from geographically adjacent populations of the Yellow Warbler (*S. petechia*) then it is unlikely that two conspecific flycatcher populations would differ. The latter test, therefore, is specious.

### Song

Theimer *et al.* [12] take subsets of the song data [33] and conclude that there is support for *E. t. extimus*. I maintain that the song data suggest geographic variation but are not definitive for subspecies delimitation.

### Missing Subspecies Boundaries

Most assessments of subspecies limits include samples from all relevant forms (*e.g.*, [34]). To date, only the Cyt*b* tree (Fig. **2**) provides such an assessment, and even then, there are unsampled regions. Theimer *et al.* (2016) base their assertion of the significance of *E. t. extimus* primarily on comparisons of it with its northern counterpart, *E. t. adastus*, while discounting the significance of whether it is also distinct from *E. t. traillii* to the east and *E. t. brewsteri* in the west. I found that many specimens in Fig. (**2**) representing *E. t. traillii* from eastern North America (data not shown) were classified as *E. t. extimus*. Thus, it is possible that the latter two subspecies constitute a single unit, which is not threatened or endangered. A modern thorough study of the entire species is required, but their reanalysis provides no support for the subspecies.

## Distinct Population Segments

Theimer *et al.* [12] mention the category of Distinct Population Segment (DPS). The DPS category was introduced to biologists in the ESA, whereas at the time, most effort was directed at the "evolutionarily significant unit" and "management unit" in addition to subspecies [35]. As noted above, a DPS must be distinct and significant to the species. Because Congress directed the United States Fish and Wildlife Service to use the DPS category sparingly it would be in my opinion hard to reconcile Congressional direction with the weak, at best, evidence supporting *E. t. extimus*. In any event, the southwestern Willow Flycatcher is not listed as a DPS, rather as a subspecies. To list *E. t. extimus* as a DPS would require delisting the subspecies, and the filing a petition for listing it as a DPS. In my opinion, the data fail to support the distinctiveness of the SWWF as a DPS, and hence it is not relevant to pursue discussion of its significance to the species.

## Politics of Publishing on Conservation Topics

A reviewer of this manuscript remarked that it should be "submitted as a response to Theimer *et al.*'s paper to Condor, where the debate was initiated ... and should continue". Indeed, the editor of The Condor: Ornithological Applications, declined to consider reviewing the manuscript, invoking a policy put in place after the Zink [11] paper was submitted that states that authors of Commentaries (*e.g.*, [11]) "will not typically be offered [the] opportunity" to respond to a Commentary addressing their original piece. An appeal to the editor and the AOU/COS Joint Publications Advisory Committee was declined with the comment that "there is no higher authority than the Editor". This policy leaves open the possibility for editorial bias or prejudice. Although Zink [11] does not obviously fit the criteria for a "Commentary" as opposed to a "Research Article" (http://www.editorialmanager.com/condor/default.aspx), it was published by the editor as a Commentary. Thus, adherence to journal policy, and not scientific content (or a decision based on peer-review), delayed continued and timely discussion on the taxonomy of the southwestern willow flycatcher, which is currently being considered by the U.S. Fish and Wildlife Service in light of an ESA delisting petition filed during the time these papers were published and the current manuscript was submitted.

## CONCLUSION

Theimer *et al.* [12] concluded that "we do not agree that currently available data fail to support the subspecies status of the endangered Southwestern Willow Flycatcher or its protection under the Endangered Species Act". I believe that there is considerable evidence to the contrary, and in my opinion their conclusions stem from using an idiosyncratic interpretation of the ESA and subsets of the data. Analyses of the entire Cyt*b* and morphological data sets do not meet the criteria stated by Theimer *et al.* [12] for a valid subspecies. Ecological and behavioral (song) support is weak at best, by their own admission. For a subspecies or any geographically defined unit to qualify as a listable unit under the ESA, it ought to be unambiguously differentiated. I agree that geographic variation exists and that the SWWF is the end of a clinal pattern of variation, but in my opinion, it does not meet the expectation stated by the USFWS that taxa listed under the ESA are evolutionarily significant. Some might consider the evidence suggesting a lack of distinctiveness as "negative" [6]. However, a lack of historical barriers to gene flow leads to the prediction that there will be no discrete character differences, which the analyses positively support. Thus, this is not a negative result, rather a confirmation of a particular evolutionary history of SWWF.

The SWWF refers to populations at the periphery of an otherwise common and widespread species that are clinally linked with the rest of the populations in North America, where it is not listed. Protection for the riparian habitats that the flycatcher inhabits is important, but in my opinion reliance on taxonomy of the last century falls short of needed support for using the SWWF as a flagship [4, 15]. Remsen [1] expressed a similar sentiment: "Is it any wonder, therefore, that the roster of formal subspecies, most described before the advent of statistical methods in ornithology, contains many names that refer only to arbitrary points on clines, average differences between populations, or zones of intergradation (as in *T. c.* "*connectens*" in Isler *et al.* 2005), rather than to discrete entities?" I believe that the AOU Checklist Committee [23], the recognized taxonomic authority for subspecific variation in North America, was correct in excluding the southwestern willow flycatcher as a valid subspecies.

Perhaps a next-generation sequencing approach Harvey MG *et al.* [36] or a range-wide, thorough morphological assessment might find support for subspecies that is not supported by existing data sets. But the fact remains that the best available evidence, analyzed in full, is not supportive of *E. t. extimus*. I urge agencies tasked with making listing decisions to base those decisions on analyses that use all available data sets and not subsets of them.

## CONFLICT OF INTEREST

The author confirms that this article content has no conflict of interest. The author wrote this paper while funded as a faculty member of UNL but received no other funding to aid in the development or writing of this paper. I followed the Code of Ethics and Standards for Professional Conduct as outlined and adopted by The Wildlife Society.

## ACKNOWLEDGEMENTS

I thank R. Ramey for comments on the manuscript and R. D. Thornton for comments on the legal interpretation of the ESA.

## REFERENCES

[1]     Remsen JV Jr. Pattern, process, and rigor meet classification. Auk 2005; 122: 403-13.
        [http://dx.doi.org/10.1642/0004-8038(2005)122[0403:PPARMC]2.0.CO;2]

[2]     Phillimore AB, Owens IP. Are subspecies useful in evolutionary and conservation biology? Proc Biol Sci 2006; 273(1590): 1049-53.
        [http://dx.doi.org/10.1098/rspb.2005.3425] [PMID: 16600880]

[3]     Zink RM, Barrowclough GF, Atwood JL, Blackwell RC. Genetics, taxonomy and conservation of the threatened California Gnatcatcher.
        Conserv Biol 2000; 14: 1394-405.
        [http://dx.doi.org/10.1046/j.1523-1739.2000.99082.x]

[4]     Zink RM, Groth JG, Vázquez-Miranda H, Barrowclough GF. Phylogeography of the California gnatcatcher (*Polioptila californica*) using
        multilocus DNA sequences and ecological niche modeling: implications for conservation. Auk 2014; 130: 449-58.
        [http://dx.doi.org/10.1525/auk.2013.12241]

[5]     Zink RM, Groth JG, Vázquez-Miranda H, Barrowclough GF. Geographic variation, null hypotheses, and subspecies limits in the California
        Gnatcatcher: A response to McCormack and Maley. Auk 2015; 133: 59-68.
        [http://dx.doi.org/10.1642/AUK-15-63.1]

[6]     McCormack JE, Maley JM. Interpreting negative results with taxonomic and conservation implications: Another look at the distinctness of
        coastal California Gnatcatchers. Auk 2015; 132: 380-8.
        [http://dx.doi.org/10.1642/AUK-14-184.1]

[7]     United States Fish and Wildlife Service (USFWS). Endangered and threatened wildlife and plants; 12-month finding on a petition to delist the
        coastal california gnatcatcher. Fed Regist 2016; 81: 59952-75.

[8]     Meyer RA, Britt CR. Southwestern Willow Flycatcher (*Empidonax traillii extimus*) Survey and Territory Monitoring in the Gila Lower Box
        Canyon. In: Natural History of the Gila 2013. New Mexico 2014.

[9]     United States Fish and Wildlife Service (USFWS). Final rule determining endangered status for the Southwestern Willow Flycatcher. Fed
        Regist 1995; 60: 10694-715.

[10]    United States Fish and Wildlife Service (USFWS). Endangered and threatened wildlife and plants; 90-day finding on 29 petitions. Fed Regist
        2016; 81: 14058-72.

[11]    Zink RM. Genetics, morphology, and ecological niche modeling do not support the subspecies status of the endangered Southwestern Willow
        Flycatcher (*Empidonax traillii extimus*). Condor 2015; 117: 76-86.
        [http://dx.doi.org/10.1650/CONDOR-14-27.1]

[12]    Theimer TC, Smith AD, Mahoney SM, Ironside KE. Available data support protection of the southwestern willow flycatcher under the
        endangered species act. Condor 2016; 118: 289-99.
        [http://dx.doi.org/10.1650/CONDOR-15-71.1]

[13]    Haig SM, Winker K. Avian subspecies: Summary and prospectus. Ornithol Monograph 2010; 67: 172-5. 2010.

[14]    Barrowclough GF. Geographic variation, predictiveness, and subspecies. Auk 1982; 99: 601-3.

[15]    Zink RM. The role of subspecies in obscuring avian biological diversity and misleading conservation policy. Proc Biol Sci 2004; 271(1539):
        561-4.
        [http://dx.doi.org/10.1098/rspb.2003.2617] [PMID: 15156912]

[16]    Brewster W. Notes on certain flycatchers of the genus *Empidonax*. Auk 1895; 12: 157-63.
        [http://dx.doi.org/10.2307/4068836]

[17]    Oberholser HC. A new flycatcher from the western United States. Proc Biol Soc Wash 1947; 60: 77-8.

[18]    Aldrich JW. A review of the races of the Traill's Flycatcher. Wilson Bull 1951; 63: 192-7.

[19]    Behle WH. Utah birds: Geographic distributions and systematics. Utah Mus. Nat. Hist. Occas Publ. 1985; p. 5.

[20]    Unitt P. *Empidonax traillii* extimus: an endangered subspecies. West Birds 1987; 18: 137-62.

[21]    Browning MR. Comments on the taxonomy of *Empidonax traillii* (Willow Flycatcher). West Birds 1993; 24: 241-57.

[22]    Phillips AR. Geographic variation in *Empidonax traillii*. Auk 1948; 65: 507-14.

*Current Topics in Avian*                                                   *The Open Ornithology Journal, 2016, Volume 9*   **69**

[http://dx.doi.org/10.2307/4080601]

[23]   Checklist of North American birds. 5th ed. Baltimore, Md.: Published by A.O.U. 1957; p. 691.

[24]   Bean MJ, Rowland MJ. The evolution of national wildlife law USA. Greenwood Publishing Group 1997.

[25]   U.S. Fish and Wildlife Service and National Marine Fisheries Service. Policy regarding the recognition of distinct vertebrate population segments under the Endangered Species Act. Fed Reg 1996; 61: 4722-5.

[26]   Paxton EH, Sogge MK, Theimer TC, Girard J, Keim P. Using molecular genetic markers to resolve a subspecies boundary: the northern boundary of the Southwestern Willow Flycatcher in the four-corner states. Open-file Rep (US Geol Surv) 2008; 1117.

[27]   Paxton EH, Unitt P, Sogge MK, Whitfield M, Keim P. Winter distribution of Willow Flycatcher subspecies. Condor 2011; 113: 608-18.
       [http://dx.doi.org/10.1525/cond.2011.090200]

[28]   Paxton EH. Molecular genetic structuring and demographic history of the Willow. Flycatcher (*Empidonax traillii*). Master's thesis. Northern Arizona University, Flagstaff, AZ. 2000.

[29]   Amadon D. The seventy-five percent rule for subspecies. Condor 1949; 51: 250-8.
       [http://dx.doi.org/10.2307/1364805]

[30]   Patten MA, Unitt P. Diagnosability *versus* mean differences of Sage Sparrow subspecies. Auk 2002; 119: 26-35.
       [http://dx.doi.org/10.1642/0004-8038(2002)119[0026:DVMDOS]2.0.CO;2]

[31]   McCormack JE, Zellmer AJ, Knowles LL. Does niche divergence accompany allopatric divergence in Aphelocoma jays as predicted under ecological speciation? Insights from tests with niche models. Evolution 2010; 64(5): 1231-44.
       [PMID: 19922442]

[32]   McEntee JP, Peñalba JV, Werema C, *et al.* Social selection parapatry in Afrotropical sunbirds. Evolution 2016; 70(6): 1307-21.
       [http://dx.doi.org/10.1111/evo.12950] [PMID: 27167078]

[33]   Sedgwick JA. Geographic variation in the song of Willow Flycatchers: differentiation between *Empidonax traillii adastus* and *E. t. extimus*. Auk 2001; 118: 366-79.
       [http://dx.doi.org/10.1642/0004-8038(2001)118[0366:GVITSO]2.0.CO;2]

[34]   Rising JD. Geographic variation in size and shape of savannah sparrows (*Passerculus sandwichensis*). Stud Avian Biol 2001; p. 23.

[35]   Moritz C. Applications of mitochondrial DNA analysis in conservation: A critical review. Mol Ecol 1994; 3: 401-11.
       [http://dx.doi.org/10.1111/j.1365-294X.1994.tb00080.x]

[36]   Harvey MG, Brumfield RT. Genomic variation in a widespread Neotropical bird (*Xenops minutus*) reveals divergence, population expansion, and gene flow. Mol Phylogenet Evol 2015; 83: 305-16.
       [http://dx.doi.org/10.1016/j.ympev.2014.10.023] [PMID: 25450096]

[37]   Tamura K, Stecher G, Peterson D, Filipski A, Kumar S. MEGA6: Molecular evolutionary genetics analysis version 6.0. Mol Biol Evol 2013; 30(12): 2725-9.
       [http://dx.doi.org/10.1093/molbev/mst197] [PMID: 24132122]

[38]   Paxton EH, Koronkiewicz TJ, Sogge MK, Mcloud MA. Geographic variation in the plumage coloration of Willow Flycatchers. J Avian Biol 2010; 41: 128-38.
       [http://dx.doi.org/10.1111/j.1600-048X.2009.04773.x]

© Robert M. Zink; Licensee *Bentham Open*

This is an open access article licensed under the terms of the Creative Commons Attribution-Non-Commercial 4.0 International Public License (CC BY-NC 4.0) (https://creativecommons.org/licenses/by-nc/4.0/legalcode), which permits unrestricted, non-commercial use, distribution and reproduction in any medium, provided the work is properly cited.