UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW MEXICO CATTLE GROWERS' ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE, et al.,<br><br>Federal Defendants,<br><br>CENTER FOR BIOLOGICAL DIVERSITY; MARICOPA AUDUBON SOCIETY,<br><br>Defendant-Intervenors. | Civil Action No. 1:21-cv-3263-EGS |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL COMPLETION OF THE ADMINISTRATIVE RECORD**

Before the Court is Plaintiff New Mexico Cattle Growers' Association's Motion to Compel Completion of the Administrative Record.

Upon due consideration, the Court hereby **GRANTS** the Plaintiff's Motion to Compel Completion of the Administrative Record, and **ORDERS** as follows:

1. The Federal Defendants shall file an amended certified index of the administrative record and serve an amended administrative record on Plaintiff and the Defendant-Intervenors, that includes: (1) Email from Gjon Hazard, Fish & Wildlife Biologist, U.S. Fish & Wildlife Serv., to Angela Picco, et al. (May 9, 2017, 5:04 PM); and (2) Email from Greg Beatty, Fish & Wildlife Biologist, U.S. Fish & Wildlife Serv., to Gjon Hazard, et al. (May 15, 2017, 11:15 AM).

2. Pursuant to this Court's May 6, 2022, Minute Order, within 14 days of this Order, the Parties shall meet and confer and propose a schedule for the production of the amended administrative record and the resumption of merits briefing.

**IT IS SO ORDERED.**

DATED this _____ day of _____, 2022.

  _____
  Honorable Emmet G. Sullivan
  United States District Court Judge

## CERTIFICATE OF SERVICE

I certify that I electronically filed and served the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia using the CM/ECF system.

<u>/s/ Damien M. Schiff</u>
DAMIEN M. SCHIFF, D.D.C. No. CA00045
Email: dschiff@pacificlegal.org
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

*Counsel for Plaintiff*
