# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW MEXICO CATTLE GROWERS' ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE, et al.,<br><br>Federal Defendants,<br><br>CENTER FOR BIOLOGICAL DIVERSITY, MARICOPA AUDUBON SOCIETY.<br><br>Defendant-Intervenors. | No. 1:21-cv-3263-EGS |

**INDEX OF EXHIBITS TO DECLARATION OF DAMIEN M. SCHIFF**

| Exhibit | Document Title |
|---|---|
| A | Letter from Damien M. Schiff, Senior Attorney, Pacific Legal Foundation, to U.S. Fish and Wildlife Service FOIA Officer (Aug. 14, 2018) |
| B | Letter from Melanie Ruiz, FOIA Coordinator, U.S. Fish and Wildlife Service, to Damien M. Schiff, Senior Attorney, Pacific Legal Foundation (Sept. 20, 2018) |
| C | Letter from Melanie Ruiz, FOIA Coordinator, U.S. Fish and Wildlife Service, to Damien M. Schiff, Senior Attorney, Pacific Legal Foundation (May 2, 2019) |
| D | Email from Gjon Hazard, Fish & Wildlife Biologist, U.S. Fish & Wildlife Serv., to Angela Picco, et al. (May 9, 2017, 5:04 PM) |
| E | Email from Greg Beatty, Fish & Wildlife Biologist, U.S. Fish & Wildlife Serv., to Gjon Hazard, et al. (May 15, 2017, 11:15 AM) |
| F | Letter from Melanie Ruiz, FOIA Coordinator, U.S. Fish and Wildlife Service, to Damien M. Schiff, Senior Attorney, Pacific Legal Foundation (May 16, 2019) |