# EXHIBIT B




# United States Department of the Interior

FISH AND WILDLIFE SERVICE

Post Office Box 1306
Albuquerque, New Mexico  87103

In Reply Refer To:
FWS/R2/FOIA


Mr. Damien Schiff
Pacific Legal Foundation
930 G Street
Sacramento, California 95814

REF: FWS 2018-01126

Dear Mr. Schiff:

We are working on processing your Freedom of Information Act (FOIA) request dated August 14, 2018, and realized we did not provide you with an acknowledgment of your request.  We apologize for the oversight.  In your request, you are seeking the following:

> "…information relating to the Service's denial of a petition to delist the Southwestern willow flycatcher from the Endangered Species Act. Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, PLF hereby requests the disclosure of all documents relied on, directly or indirectly, by the Service as part of its decision to deny the flycatcher delisting petition, 82 Fed. Reg. 61,725 (Dec. 29, 2017), including all written communications and memoranda..."

Your request was received in Region 2 of the Fish and Wildlife Service on August 15, 2018.  We assigned tracking number FWS-2018-01126 and forwarded your request to our Arizona Ecological Services Field office, as well as the Division of Conservation and Classification in our Headquarters office for processing.  Please refer to this number in communications regarding your request.

We use Multitrack Processing to process FOIA requests. The Simple track is for requests that can be processed in one to five workdays. The Normal track is for requests that can be processed in six to twenty workdays. The Complex track is for requests that can be processed in twenty-one to sixty workdays. The Exceptional/Voluminous track is for requests requiring more than sixty workdays for processing. The Expedited track is for requests that have been granted expedited processing. Within each track, requests are usually processed on a first-in, first-out basis.  Due to the need to search for and collect requested records from field facilities or other establishments

Ms. Jennifer Fullam 2

that are separate from the office processing the request, your request falls into the Complex processing track.

We classified you as an "other-use" requester. As such, we may charge you for some of our search and duplication costs, but we will not charge you for our review costs; you are also entitled to up to 2 hours of search time and 100 pages of photocopies (or an equivalent volume) for free. See 43C.F.R. § 2.39. If, after taking into consideration your fee category entitlements, our processing costs are less than $50.00, we will not bill you because the cost of collection would be greater than the fee collected. See 43 C.F.R. § 2.37(g).

Thank you for your agreement to pay up to $100 for the processing of your request. If we find that this will not cover the cost of processing your request after your fee category entitlements, we will let you know before we incur additional charges. You can then either agree to pay the additional amount needed or narrow the scope of your request.

If you have any questions, you may contact Chantay Jennings by email at chantay_jennings@fws.gov, or by phone at 505-248-6666.

Sincerely,

MELANIE RUIZ
Digitally signed by MELANIE RUIZ
Date: 2018.09.20 21:16:12 -06'00'

Melanie Ruiz
US Fish and Wildlife Service
FOIA Coordinator