# EXHIBIT D

| | |
|---|---|
| **From:** | Long, Michael |
| **To:** | Sarah Rinkevich; Greg Beatty |
| **Cc:** | Angela Picco |
| **Subject:** | Fwd: SWFL petition finding comments |
| **Date:** | Wednesday, May 10, 2017 4:17:00 PM |
| **Attachments:** | 20170509_Gjon"s_comments_on_DRAFT_WIFL_2017_12-mo_not_warranted_5-3-2017._CLEAN.v2.docx |

Greg, Sarah: please see the comments below from our CFWO. Per my other email, we are still gathering feedback from other offices and hope to let you know R8's position on the not substantial finding by the end of the week.

Mike

---------- Forwarded message ----------
From: **Hazard, Gjon** <gjon_hazard@fws.gov>
Date: Tue, May 9, 2017 at 5:04 PM
Subject: SWFL petition finding comments
To: Angela Picco <angela_picco@fws.gov>, "Long, Michael" <michael_long@fws.gov>
Cc: Bradd Bridges <bradd_bridges@fws.gov>, Scott Sobiech <Scott_Sobiech@fws.gov>


From a very quick and very abbreviated review (e.g., I didn't even look at the threats analysis at all), I have some relatively minor but (I believe) substantive comments. Please see my "comment bubbles" in the attached document.

There is one topic I would like to elaborate on... Perhaps there was discussion internal to R2 on this, or perhaps I just missed it in my quick review, but it appears to me that Zink's rebuttal (Zink 2016, The Open Ornithology Journal 9(1):60-69) to the Theimer et al. (2016) critique of Zink (2015) is not presented in the document. While the published version didn't appear until very late in 2016, I believe a manuscript of that document was sent to the Service by Dr. Zink in mid-2016. It seems to me that the Service should acknowledge and include this document in our evaluation, given that it is available and that Zink (2015) and Theimer et al. (2016) play such a central role to the petition and our response.

Please feel free to contact me if you have any questions or comments about my review.

Thank you very much.

Sincerely,
-Gjon

* * *
Gjon C. Hazard
Fish and Wildlife Biologist
U.S. Fish and Wildlife Service, Carlsbad Fish and Wildlife Office
2177 Salk Avenue, Suite 250, Carlsbad, CA  92008 USA
Voice: 760-431-9440 x287; FAX: 760-431-5901
E-mail: Gjon_Hazard@fws.gov
http://carlsbad.fws.gov/