# EXHIBIT E

| | |
|---|---|
| **From:** | Beatty, Greg |
| **To:** | Hazard, Gjon |
| **Cc:** | Sarah Rinkevich |
| **Subject:** | WIFL petition |
| **Date:** | Monday, May 15, 2017 11:15:00 AM |

Hi Gjon,

A quick response to your message. Thanks for taking a look at our WIFL tome.  We did reference Zink's Open Ornithology letter briefly as something we received and looked at, but didn't provide any new information.  We'll take a look at your other thoughts.  Thanks again.. Greg

--
**PLEASE NOTE OUR NEW ADDRESS**
**OUR OFFICE HAS MOVED TO THE BLM TRAINING CENTER,**
**3rd FLOOR, NEAR METROCENTER**

Greg Beatty
US Fish and Wildlife Service
9828 North 31st Avenue #C3
Phoenix, AZ 85051-2517
602-242-0210
602-242-0247