# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NEW MEXICO CATTLE GROWERS' ASSOCIATION, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| UNITED STATES FISH AND WILDLIFE SERVICE, *et al.*, | ) ) )  Case No. 1:21-cv-3263-ACR ) ) |
| Federal Defendants, | ) ) |
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, | ) ) ) ) |
| Defendant-Intervenors. | ) ) |

## JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE

In accordance with the Court's May 24, 2023, Minute Order, the Parties have conferred and hereby propose the following schedule for briefing cross-motions for summary judgment:

| Date | Event(s) |
|---|---|
| **July 5, 2023** | • Plaintiff files motion for summary judgment. (Memorandum of points and authorities not to exceed 45 pages.) |
| **August 7, 2023** | • Federal Defendants file combined cross-motion for summary judgment and opposition to Plaintiff's motion for summary judgment. (Combined memorandum of points and authorities not to exceed 45 pages.)<br>• Defendant-Intervenors file combined cross-motion for summary judgment and opposition to Plaintiff's motion for summary judgment. (Combined memorandum of points and authorities not to exceed 45 pages.) |
| **August 30, 2023** | • Plaintiff files combined opposition to Federal Defendants' and Defendant-Intervenors' cross-motions for summary judgment and reply in support of Plaintiff's motion for summary judgment. (Combined memorandum of points and authorities not to exceed 35 pages.) |

| September 19, 2023 | • Federal Defendants file reply in support of their cross-motion for summary judgment.  (Memorandum of points and authorities not to exceed 25 pages.)<br>• Defendant-Intervenors file reply in support of their cross-motion for summary judgment.  (Memorandum of points and authorities not to exceed 25 pages.) |
|---|---|
| September 26, 2023 | • Plaintiff files appendix required by Local Rule 7(n)(2). |

In addition, the Parties hereby confirm that they are available for an in-person hearing at 10:30 AM on October 3, 2023, in accordance with the Court's May 24, 2023, Minute Entry, as modified on May 25, 2023.

Dated: May 31, 2023               Respectfully submitted,

TODD KIM, Assistant Attorney General
S. JAY GOVINDAN, Section Chief
MEREDITH L. FLAX, Assistant Section Chief

*/s/ Astrid Stuth Cevallos*
ASTRID STUTH CEVALLOS, Trial Attorney (MD Bar)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel:     (202) 305-5751
Fax:    (202) 305-0275
Email: Astrid.Cevallos@usdoj.gov

*Counsel for Federal Defendants*

*/s/ Charles T. Yates*
CHARLES T. YATES, Cal. Bar No. 327704*
Email: cyates@pacificlegal.org

DAMIEN M. SCHIFF, D.D.C. No. CA00045
Email: dschiff@pacificlegal.org

Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

*\* Pro hac vice*

*Counsel for Plaintiff*

/s/ Margaret E. Townsend
Margaret E. Townsend (D.C. Bar No. OR0008)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374
(971) 717-6409
mtownsend@biologicaldiversity.org

Ryan A. Shannon (D.C. Bar No. OR0007)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374
(971) 717-6407
rshannon@biologicaldiversity.org

*Counsel for Defendant-Intervenors*

## CERTIFICATE OF SERVICE

I certify that I electronically filed and served the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia using the CM/ECF system.

                                        */s/ Astrid Stuth Cevallos*
                                        ASTRID STUTH CEVALLOS, Trial Attorney (MD Bar)
                                        U.S. Department of Justice
                                        Environment & Natural Resources Division
                                        Wildlife & Marine Resources Section
                                        Benjamin Franklin Station, P.O. Box 7611
                                        Washington, D.C. 20044-7611
                                        Tel:   (202) 305-5751
                                        Fax:   (202) 305-0275
                                        Email: Astrid.Cevallos@usdoj.gov

                                        *Counsel for Federal Defendants*