# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW MEXICO CATTLE GROWERS' ASSOCIATION,<br><br>           Plaintiff,<br><br> v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE, et al.,<br><br>        Federal Defendants,<br><br>CENTER FOR BIOLOGICAL DIVERSITY and MARICOPA AUDUBON SOCIETY,<br><br>        Intervenor-Defendants. | No. 1:21-cv-3263-ACR |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Local Civil Rule 7, and this Court's June 1, 2023, Minute Entry, Plaintiff New Mexico Cattle Growers' Association (Cattle Growers) hereby moves for summary judgment as to all Claims in its Complaint challenging the United States Fish and Wildlife Service's (the "Service") final rule denying Cattle Growers' petition to remove the southwestern willow flycatcher from the federal list of threatened and endangered species.  82 Fed. Reg. 61,725 (Dec. 29, 2017).  Cattle Growers is entitled to judgment as a matter of law on those claims because: (1) in denying Cattle Growers' petition, the Service failed to clearly articulate a non-arbitrary standard for determining that the flycatcher constitutes a separate subspecies, in violation of the Endangered Species Act and the Administrative Procedure Act; and (2) in denying Cattle Growers' petition the Service failed to consider relevant and available evidence, in violation of the Endangered Species Act and Administrative Procedure Act.

1

This motion is based on this motion for summary judgment; the sixty-day notice of intent to sue; the Complaint; the accompanying memorandum of points and authorities; the accompanying standing declarations and exhibits; the certified administrative record; the documents previously filed in this action; and any other material the Court may consider in the briefing and argument of this matter. For the reasons set forth in these documents, the Court should vacate the Service's denial of the Cattle Growers' petition and remand the matter for the Service to determine—considering all relevant evidence—whether, under a clearly articulated and non-arbitrary standard, the flycatcher constitutes a separate subspecies, and thus whether the Service should initiate rulemaking to delist the southwestern willow flycatcher.

Pursuant to Local Civil Rule 7(f), Cattle Growers acknowledges that this Court has set an oral hearing for October 3, 2023, at 10:30 a.m. Cattle Growers agrees that oral argument would be beneficial to the Court's consideration of the significant legal issues arising under the ESA and APA in this case, because oral argument would provide the Court with an opportunity to ask the parties questions. Moreover, this Motion is based upon a lengthy and at times complex administrative record such that a hearing may assist the Court in understanding the bases for Cattle Growers' claims.

DATED: July 5, 2023.

Respectfully submitted,

/s/ Charles T. Yates

| | |
|---|---|
| PAIGE E. GILLIARD, Cal. Bar No. 330051<br>*Of Counsel*<br>Pacific Legal Foundation<br>3100 Clarendon Blvd., Suite 1000<br>Arlington, VA 22201<br>Telephone: (202) 888-6881<br>Facsimile: (916) 419-7747<br>PGilliard@pacificlegal.org | CHARLES T. YATES, Cal. Bar No. 327704<br>*Pro hac vice*<br><br>/s/ Damien M. Schiff<br>DAMIEN M. SCHIFF, D.D.C. No. CA00045<br>Pacific Legal Foundation<br>555 Capitol Mall, Suite 1290<br>Sacramento, CA 95814<br>Telephone: (916) 419-7111<br>Facsimile: (916) 419-7747<br>Email: cyates@pacificlegal.org<br>Email: dschiff@pacificlegal.org |

*Attorneys for Plaintiff New Mexico Cattle Growers' Association*

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2023, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  All counsel of record is registered with the Court's CM/ECF system, and will receive a notification of such filing via the Court's electronic filing system.

/s/ Charles T. Yates
CHARLES T. YATES, Cal. Bar No. 327704
*Pro hac vice*
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
Email: cyates@pacificlegal.org
