IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW MEXICO CATTLE GROWERS' ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE, et al.,<br><br>Federal Defendants,<br><br>and<br><br>CENTER FOR BIOLOGICAL DIVERSITY and MARICOPA AUDUBON SOCIETY,<br><br>Intervenor-Defendants. | No. 1:21-cv-3263-ACR |

**FEDERAL DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Local Civil Rule 7(h)(2), and this Court's June 1, 2023, Minute Entry, Defendants the U.S. Fish and Wildlife Service ("Service"); the U.S. Department of the Interior; Deb Haaland, in her official capacity as Secretary of the Interior; and Martha Williams, in her official capacity as Director of the Service (collectively, "Federal Defendants") hereby move for summary judgment on all of Plaintiff New Mexico Cattle Growers' Association's ("Cattle Growers") claims in this matter.

In support of this motion, Federal Defendants submit a memorandum of points and authorities.

Dated: August 7, 2023

Respectfully submitted,

TODD KIM, Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
S. JAY GOVINDAN, Section Chief
MEREDITH L. FLAX, Deputy Section Chief

*/s/ Astrid Stuth Cevallos*
ASTRID STUTH CEVALLOS, Trial Attorney (MD Bar)
Wildlife & Marine Resources Section
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel:   (202) 305-5751
Fax:   (202) 305-0275
Email: Astrid.Cevallos@usdoj.gov

*Counsel for Federal Defendants*

## CERTIFICATE OF SERVICE

I certify that I electronically filed and served the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia using the CM/ECF system.

*/s/ Astrid Stuth Cevallos*
ASTRID STUTH CEVALLOS, Trial Attorney (MD Bar)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel:   (202) 305-5751
Fax:   (202) 305-0275
Email: Astrid.Cevallos@usdoj.gov

*Counsel for Federal Defendants*
