UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW MEXICO CATTLE GROWERS' ASSOCIATION,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE, et al.,<br><br>  Federal Defendants,<br><br>  and<br><br>CENTER FOR BIOLOGICAL DIVERSITY and MARICOPA AUDUBON SOCIETY,<br><br>  Intervenor-Defendants. | No. 1:21-cv-3263-ACR |

**[PROPOSED] ORDER
DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND
GRANTING FEDERAL DEFENDANTS' CROSS-MOTION FOR SUMMARY
JUDGMENT**

Having considered Plaintiff's Motion for Summary Judgment, Federal Defendants' and Intervenor-Defendants' Cross-Motions for Summary Judgment, other papers filed by the parties including those portions of the Administrative Record cited or relied upon by the parties, and the argument of counsel, the Court concludes that Federal Defendants are entitled to judgment as a matter of law on all of Plaintiff's claims and that the U.S. Fish and Wildlife Service's 12-month finding on Plaintiff's petition to remove the southwestern willow flycatcher from the federal list of endangered and threatened species, published at 82 Fed. Reg. 61725 (Dec. 29, 2017), complies with the Endangered Species Act ("ESA"), 16 U.S.C. § 1531 *et seq.*, and the Administrative Procedure Act ("APA"), 5 U.S.C. § 701 *et seq.*

1

2

Accordingly, the Court hereby **DENIES** Plaintiff's Motion for Summary Judgment, **GRANTS** Federal Defendants' Cross-Motion for Summary Judgment, and **UPHOLDS** the 12-month finding on Plaintiff's petition to remove the southwestern willow flycatcher from the federal list of endangered and threatened species, published at 82 Fed. Reg. 61725 (Dec. 29, 2017).

It is so **ORDERED**.

ENTERED: _____, 2023.

_____
THE HONORABLE ANA C. REYES
UNITED STATES DISTRICT JUDGE